UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  CR. NO. 21-20264

v.                                     HONORABLE DENISE PAGE HOOD

YLLI DIDANI,

        Defendant.
_____/

## APPEARANCE

To:    Clerk of the Court and All Parties of Record:

Enter my appearance as Counsel in the case for Defendant.

I certify that I am admitted to practice in the Court.

                                                Respectfully submitted,

**FEDERAL COMMUNITY DEFENDER**
**EASTERN DISTRICT OF MICHIGAN**

s/Rafael C. Villarruel
RAFAEL C. VILLARRUEL (P35830)
Attorney for Defendant
613 Abbott Street, Suite 500
Detroit, Michigan 48226
(313) 967-5849
E-mail: rafael_villarruel@fd.org

Dated: April 23, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 21-20264

v.        HONORABLE DENISE PAGE HOOD

YLLI DIDANI,

        Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Mark Bilkovic
    Assistant United States Attorney
    United States Attorney's Office
    211 W. Fort Street, Suite 2001
    Detroit, Michigan 48226
    E-Mail: mark.bilkovic@usdoj.gov

    **FEDERAL COMMUNITY DEFENDER**
    **EASTERN DISTRICT OF MICHIGAN**

    s/Rafael C. Villarruel
    RAFAEL C. VILLARRUEL (P35830)
    Attorney for Defendant
    613 Abbott Street, Suite 500
    Detroit, Michigan 48226
    (313) 967-5849
    E-mail:  rafael_villarruel@fd.org

Dated:  April 23, 2021