UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No.: 21-cr-20264

v.

D-1 Ylli Didani,

        Defendant.
_____/

**Stipulation to Adjourn Detention Hearing and Arraignment**

The United States of America and Ylli Didani, by and through their respective counsel, stipulate and agreed that there is good cause to adjourn the detention hearing and arraignment in this case currently scheduled for April 26, 2021, until April 28, 2021, at 1:00 p.m. *See* 18 U.S.C. 3142(f)(2). The extension of time is necessary to allow defense counsel, who was recently retained, to consult with the defendant in order to adequately prepare for the hearing.

The parties further stipulate and agree that the Court's April 21, 2021 order detaining the defendant shall remain in full force and effect pending the detention hearing.

Wherefore, the parties respectfully request that the Court enter an order adjourning the detention hearing and arraignment in this case currently scheduled

1

for April 26, 2021, to April 28, 2021, at 1:00 p.m.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

| | |
|---|---|
| *s/Mark Bilkovic* | *s/Camilla Barkovic* (with consent) |
| Mark Bilkovic | Camilla Barkovic |
| Assistant United States Attorney | Counsel for Ylli Didani |
| 211 W. Fort Street, Suite 2001 | 25805 Harper Ave. |
| Detroit, Michigan 48226 | Saint Clair Shores, Michigan 48081 |
| Phone: (313) 226-9623 | (586) 773-2120 |
| Mark.bilkovic@usdoj.gov | Camillabarkovic@gmail.com |

Dated: April 26, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No.: 21-cr-20264

v.

D-1 Ylli Didani,

        Defendant.
_____/

### Order to Adjourn Detention Hearing and Arraignment

This matter having come before the Court upon the stipulation of the parties, and the Court having reviewed the stipulation and the basis upon which the parties have requested an extension of time to allow the defendant and his attorney to adequately prepare for the detention hearing and arraignment, for the reasons stated herein, and in the stipulation hereto the Court orders the following:

This detention hearing and arraignment are adjourned from April 26, 2021 to April 28, 2021, at 1:00 p.m.

The Court's April 21, 2021 order detaining the defendant shall remain in full force and effect pending the detention hearing.

                                              **IT IS SO ORDERED.**

Dated: April 26, 2021                        s/Anthony P. Patti
                                                        Hon. Anthony P. Patti
                                                        United States Magistrate Court Judge