UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

  v.

Ylli Didani

      Defendant.

Case No: 21-cr-20264

Hon. Denise Hood

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Timothy McDonald<br>Bar ID: P64562<br>Telephone: 313-226-0221<br>Fax: 313-226-3265<br>Email: Timothy.McDonald@usdoj.gov | Name:<br>Telephone: |

SAIMS S. MOHSIN
Acting United States Attorney

*s/Timothy McDonald*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI   48226
Timothy.McDonald@usdoj.gov
(313) 226-0221
P64562

Dated: April 26, 2021