UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

D-1 YLLI DIDANI,

      Defendant.

_____/

CRIMINAL NO. 2:21-cr-20264

HON. Denise Page Hood

**DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT**

I, Ylli Didani, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:     Not less than 10 years and up to Life imprisonment, and/or a $10,000,000 fine.

/s/ Ylli Didani (w/ consent)
_____
Ylli Didani
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

/s/ Camilla Barkovic
_____

Counsel for Defendant

Dated: April 28, 2021