AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:21-Cr-20264 |
| YLLI DIDANI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YILLI DIDANI

Date:   05/10/2021

*Attorney's signature*

BRIAN KAPLAN (BK2050)
*Printed name and bar number*
BRIAN KAPLAN, PC
11 PARK PLACE, SUITE 1005
NEW YORK, NEW YORK 10007

*Address*

BRIAN@BKAPLANLAW.COM
*E-mail address*

(212) 269-2363
*Telephone number*

N/A
*FAX number*