UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                              Case No. 2:21-cr-20264-DPH-KGA
                                                     Hon. Denise Page Hood

Ylli Didani,

                Defendant(s),

_____

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Ylli Didani

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 709, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL: June 22, 2021 at 09:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Saulsberry
                                                           Case Manager

Dated: May 25, 2021