# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                          Case No. 21-20264

v.

                          Hon. Denise Page Hood

YLLI DIDANI,

     Defendant.

---

| | |
|---|---|
| Mark Bilkovic | Wade G. Fink (P78751) |
| Assistant United States Attorney | WADE FINK LAW PC |
| 211 W. Fort Street, Suite 2001 | 500 W. Merrill St., Suite 100 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9100 | (248) 712-1054 |
| Mark.bilkovic@usdoj.gov | wade@wadefinklaw.com |
| *Attorneys for the United States* | *Attorneys for Ylli Didani* |

---

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO MOTION

This Court, upon the stipulation of the parties, defense counsel needing additional time to consult with their client and amongst themselves to narrow the issues on the instant motion, and the Court otherwise being fully advised in the premises:

**IT IS ORDERED** that Defendant may file a response to the government's Motion filed in Docket Entry No. 26 on or before January 10, 2022.

**IT IS SO ORDERED.**

Dated:  January 3, 2022

s/Denise Page Hood
United States District Jude

/s/ Mark Bilkovic (with consent via e-mail)   /s/ Wade G. Fink

Mark Bilkovic (P48855)                    Wade G. Fink (P78751)
Assistant U.S. Attorney                   Attorney for Defendant Ylli Didani
211 W. Fort, Suite 2001                   500 W. Merrill St, Suite 100
Detroit, Michigan 48226                   Birmingham, MI 48009
Phone: (313) 226-9623                     Phone:  (248) 712-1054
E-Mail: mark.bilkovic@usdoj.gov           E-Mail: wade@wadefinklaw.com