UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:21−cr−20264−DPH−KGA
                                             Hon. Denise Page Hood

Ylli Didani,

                Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Ylli Didani

The defendant(s) shall appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 709, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: January 20, 2022 at 11:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/L. Saulsberry
                                                        Case Manager

Dated: January 7, 2022