UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO. 21-cr-20264

vs.                                    HON. DENISE PAGE HOOD

D-1 YLLI DIDANI,

        Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

    I, Ylli Didani, defendant in this case, hereby acknowledge that I have received a copy of the Superseding Indictment before entering my plea, that I have read it, and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:        Not less than 10 years and up to Life imprisonment and/or a fine of not more than $10,000,000.

Count Two:        Not less than 10 years and up to Life imprisonment and/or a fine of not more than $10,000,000.

Count Three:      Up to 20 years imprisonment and/or a fine of not more than $500,000 or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer, whichever is greater.

                                                _____
                                                Ylli Didani
                                                Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

_____
Wade G. Fink
Counsel for Defendant

Dated: 3/29/22