# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YLLI DIDANI,

    Defendant.

Case No. 21-20264

Hon. Denise Page Hood

| | |
|---|---|
| Mark Bilkovic<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9100<br>Mark.bilkovic@usdoj.gov<br>*Attorneys for the United States* | Wade G. Fink (P78751)<br>WADE FINK LAW PC<br>500 W. Merrill St., Suite 100<br>Birmingham, Michigan 48009<br>(248) 712-1054<br>wade@wadefinklaw.com<br>*Attorneys for Ylli Didani* |

## STIPULATED ORDER EXTENDING MOTION DEADLINE

This Court, upon the stipulation of the parties, defense counsel having draft work product "returned to sender" and desiring time for his client to review and discuss the same, one of the government lawyers starting a trial this month and also desiring time, and the Court otherwise being fully advised in the premises:

**IT IS ORDERED** that the Motion Deadline of September 19, 2022 is hereby extended to October 19, 2022.

**IT IS SO ORDERED.**

1

Dated:  September 16, 2022

                                            s/Denise Page Hood
                                            United States District Judge

Stipulated to:

/s/ Timothy McDonald (with consent via e-mail)     /s/ Wade G. Fink

| Assistant U.S. Attorney | Attorney for Defendant Ylli Didani |
| --- | --- |
| 211 W. Fort, Suite 2001 | 500 W. Merrill St, Suite 100 |
| Detroit, Michigan 48226 | Birmingham, MI 48009 |
| Phone: (313) 226-9623 | Phone:  (248) 712-1054 |
| E-Mail: timothy.mcdonald@usdoj.gov | E-Mail: wade@wadefinklaw.com |