# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YLLI DIDANI,

    Defendant.

Case No. 21-20264

Hon. Denise Page Hood

---

| | |
|---|---|
| Mark Bilkovic | Wade G. Fink (P78751) |
| Assistant United States Attorney | WADE FINK LAW PC |
| 211 W. Fort Street, Suite 2001 | 500 W. Merrill St., Suite 100 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9100 | (248) 712-1054 |
| Mark.bilkovic@usdoj.gov | wade@wadefinklaw.com |
| *Attorneys for the United States* | *Attorneys for Ylli Didani* |

---

## STIPULATED ORDER
## EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS

    This Court, upon the stipulation of the parties, the Court having set a briefing schedule for the parties to file their supplemental briefs related to the April 24, 2023 evidentiary hearing, the parties requiring additional time to complete their briefs, and the Court otherwise being advised in the premises:

    **IT IS ORDERED** that the government and Defendant may file their supplemental briefs described above on or before June 19, 2023.

**IT IS SO ORDERED.**

Dated: June 2, 2023

                                                      s/Denise Page Hood
                                                      United States District Judge

Stipulated to:

/s/ Mark Bilkovic (with consent via e-mail)   /s/ Wade G. Fink

| Mark Bilkovic (P48855) | Wade G. Fink (P78751) |
| Assistant U.S. Attorney | Attorney for Defendant Ylli Didani |
| 211 W. Fort, Suite 2001 | 500 W. Merrill St, Suite 100 |
| Detroit, Michigan 48226 | Birmingham, MI 48009 |
| Phone: (313) 226-9623 | Phone: (248) 712-1054 |
| E-Mail: mark.bilkovic@usdoj.gov | E-Mail: wade@wadefinklaw.com |