UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YLLI DIDANI,

    Defendant.

Case No. 21-20264

HON. DENISE PAGE HOOD

---

| | |
|---|---|
| Mark Bilkovic | Wade G. Fink (P78751) |
| Assistant United States Attorney | WADE FINK LAW PC |
| 211 W. Fort Street, Suite 2001 | 500 W. Merrill St., Suite 100 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9100 | (248) 712-1054 |
| Mark.bilkovic@usdoj.gov | wade@wadefinklaw.com |

---

**SECOND STIPULATED ORDER**
**EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS**

    This Court, upon the stipulation of the parties, the Court having set a briefing schedule for the parties to file their supplemental briefs related to the April 24, 2023 evidentiary hearing, the parties requiring additional time to complete their briefs, and the Court otherwise being advised in the premises:

**IT IS ORDERED** that the deadline for the government and Defendant to file their supplemental briefs described above shall be extended one week from June 19, 2023, to June 26, 2023.

**IT IS SO ORDERED.**

Dated:  June 15, 2023 s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

Stipulated to by:

*s/ Mark Bilkovic*  
Mark Bilkovic (P48855)  
Assistant United States Attorney  
211 W. Fort St., Suite 2001  
Detroit, MI 48226  
Phone: (313) 226-9623  
mark.bilkovic@usdoj.gov

*s/ Timothy P. McDonald*  
Timothy P. McDonald (P64562)  
Assistant United States Attorney  
211 W. Fort Street, Suite 2001  
Detroit, MI 48226  
(313) 226-0221  
timothy.mcdonald@usdoj.gov

*s/ Wade G. Fink (w/consent via email)*  
Wade G. Fink (P78751)  
Attorney for Defendant Ylli Didani  
500 W. Merrill St, Suite 100  
Birmingham, MI 48009  
Phone:  (248) 712-1054  
wade@wadefinklaw.com