## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                             Case No. 21-20264

v.

                             Hon. Denise Page Hood

YLLI DIDANI,

     Defendant.

---

| | |
|---|---|
| Mark Bilkovic | Wade G. Fink (P78751) |
| Assistant United States Attorney | WADE FINK LAW PC |
| 211 W. Fort Street, Suite 2001 | 500 W. Merrill St., Suite 100 |
| Detroit, Michigan 48226 | Birmingham, Michigan 48009 |
| (313) 226-9100 | (248) 712-1054 |
| Mark.bilkovic@usdoj.gov | wade@wadefinklaw.com |
| *Attorneys for the United States* | *Attorneys for Ylli Didani* |

---

## STIPULATED ORDER
## EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS

This Court, upon the stipulation of the parties, the Court having set a briefing schedule for the parties to file their supplemental briefs related to the April 24, 2023 evidentiary hearing, the parties requiring additional time to complete their briefs, and the Court otherwise being advised in the premises:

**IT IS ORDERED** that the government and Defendant may file their supplemental briefs described above on or before July 3, 2023.

**IT IS SO ORDERED.**

Dated: June 23, 2023

<u>s/Denise Page Hood</u>
United States District Judge


Stipulated to:

<u>/s/ Mark Bilkovic</u> (with consent via e-mail)   <u>/s/ Wade G. Fink</u>

Mark Bilkovic (P48855)                     Wade G. Fink (P78751)
Assistant U.S. Attorney                      Attorney for Defendant Ylli Didani
211 W. Fort, Suite 2001                     500 W. Merrill St, Suite 100
Detroit, Michigan 48226                     Birmingham, MI 48009
Phone: (313) 226-9623                      Phone:  (248) 712-1054
E-Mail: mark.bilkovic@usdoj.gov           E-Mail: wade@wadefinklaw.com