UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                Case No. 21-20264
v.                                   Hon. Denise Page Hood

YLLI DIDANI,

      Defendant.
_____/

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL (ECF #s 110, 113)
## and
## SETTING DATES

This matter is before the Court on Motions to Continue Trial filed by the Government and Standby Counsel Attorney Wade Fink. The Court held arguments on the matters on October 9, 2024. For the reasons set on the record,

IT IS ORDERED that the Government's Motion to Continue Trial and Standby Counsel's Motion to Continue Trial **(ECF Nos. 110 and 113)** are GRANTED.

IT IS FURTHER ORDERED that a Pretrial Conference is set for January 28, 2025, 2:00 p.m. and the Jury Trial date is set for February 11, 2025, 9:30 a.m. The parties anticipate the Trial will last 6-8 weeks.

IT IS FURTHER ORDERED that the dates in this Order constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), (h)(7)

and (h)(8) from the current trial date of November 5, 2024 to the new trial date of February 11, 2025. The Court finds that the ends of justice served by the delay outweigh the best interest of the public and the Defendant in a speedy trial. Defendant, even though he indicates he does not require any further time, must be given time to review the outstanding voluminous discovery to prepare for trial now that he is representing himself. Standby Counsel also requires additional time to review the discovery and other matters related to this case. As previously held, this case is a complex case. This is the first MDLEA case in this District, the discovery is voluminous, and many witnesses are located outside the United States. The Government requires additional time to ensure its witnesses from various countries are available for trial. Both the Government and Standby Counsel have other trials and matters scheduled that conflict with the current trial date.

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: October 16, 2024