1              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF MICHIGAN**
2                   **SOUTHERN DIVISION**

3                        —  —  —

UNITED STATES OF AMERICA,
4
               Plaintiff,
5
   v.                              Case No. 21-20264
6
YLLI DIDANI,
7
               Defendant.
8  _____/

9              **JURY TRIAL - VOLUME 19 - EXCERPT**
                  **Testimony of Peter Synowiec**
10      **BEFORE THE HONORABLE DENISE PAGE HOOD**
               **UNITED STATES DISTRICT JUDGE**
11
            Theodore Levin United States Courthouse
12             231 West Lafayette Boulevard
                    Detroit, Michigan
13             Thursday, March 20, 2025

14
   **APPEARANCES:**
15
   **For the Plaintiff:**      Mark Bilkovic
16                             Timothy McDonald
                               UNITED STATES ATTORNEY'S OFFICE
17                             211 W. Fort Street, Suite 2001
                               Detroit, Michigan  48226
18                             (313) 226-9623

19 **For the Defendant:**      Wade Fink
                               WADE FINK LAW, P.C.
20                             550 W. Merrill Street, Suite 100
                               Birmingham, Michigan  48009
21                             (248) 712-1054

22 **Also present:**           Special Agent Chad Hermans
                               Maria DiCarlo, Paralegal
23

24
       *To obtain a copy of this official transcript, contact:*
25            *Sheila D. Rice  Official Court Reporter*
              *(313) 234-2610 • sheila_rice@mied.uscourts.gov*

1

**TABLE OF CONTENTS**

2

MATTER                                                                    PAGE

3

**JURY TRIAL - VOLUME 19 - EXCERPT**

4

Government's Case in Chief (Continued)

5

**PETER SYNOWIEC**
Direct examination by Mr. Bilkovic.................  4

6

7

Certificate of Court Reporter......................  34

8

9

10

11

12

13

14

E X H I B I T   I N D E X

15

Exhibit No.          Description          Identified    Admitted

16

Government's 72.4    Photograph              23            24

17

18

19

20

21

22

23

24

25

```
 1   Detroit, Michigan
 2   Thursday, March 20, 2025
 3   2:22 p.m.
 4                            —   —   —
 5           (Beginning of excerpt.)
 6           MR. BILKOVIC:  Your Honor, the Government would call
 7   Peter Synowiec.
 8             THE COURT:  He may step forward and be sworn in.
 9             Right up here by the court reporter, all right.  Right
10   there is fine.
11             (Oath administered.)
12             THE COURT:  Okay.  You may be seated in the witness
13   box.  When you're seated, turn the mic so you're speaking right
14   here into the mic.  It will move over.  The seat won't go
15   forward, but yeah.
16           MR. BILKOVIC:  Your Honor, may I approach and get the
17   other exhibits that are up there?
18             THE COURT:  You may, yes.
19             MR. FINK:  Thanks, Mark.
20             THE COURT:  If you would state your full name and
21   spell your first and last name, okay.
22             THE WITNESS:  Peter Synowiec, P-E-T-E-R.  Last name
23   S-Y-N-O-W-I-E-C.
24             MR. BILKOVIC:  Your Honor, may I approach again with
25   the exhibit book up there so that I can refer to?
```

| | |
|---|---|
| 1 | THE COURT:  You may.  You may proceed, Counsel. |
| 2 | MR. BILKOVIC:  Thank you, your Honor. |
| 3 | *        *        * |
| 4 | PETER SYNOWIEC, |
| 5 | was called as a witness at 2:24 p.m. after having been |
| 6 | duly sworn to testify to the truth. |
| 7 | *        *        * |
| 8 | DIRECT EXAMINATION |
| 9 | BY MR. BILKOVIC: |
| 10 | Q.  Good afternoon, Mr. Synowiec.  If you could just make sure |
| 11 | you're talking into the microphone, and just speak slowly so |
| 12 | the court reporter can take everything down. |
| 13 | The first question I want to ask you is do you live in |
| 14 | the Eastern District of Michigan? |
| 15 | A.  I do. |
| 16 | Q.  Where did you live -- the residence that you're at now, how |
| 17 | long have you been there? |
| 18 | A.  About four years. |
| 19 | Q.  So going back around 2021? |
| 20 | A.  Correct. |
| 21 | Q.  Do you remember where you lived prior to that? |
| 22 | A.  Prior to that I lived in West Bloomfield. |
| 23 | Q.  Do you recall the name of the street?  If I were to mention |
| 24 | it, do you would you remember it? |
| 25 | A.  Yes. |

| 1 | MR. BILKOVIC:  Can I do that?  It's a preliminary |
| 2 | question. |
| 3 | THE COURT:  Yes, you may, unless you have an |
| 4 | objection, Mr. Fink. |
| 5 | MR. FINK:  I'm fine with that, Judge. |
| 6 | THE COURT:  All right. |
| 7 | BY MR. BILKOVIC: |
| 8 | Q.  Pine Lake Knoll? |
| 9 | A.  Yes. |
| 10 | Q.  Approximately when did you live on Pine Lake Knoll? |
| 11 | A.  Where? |
| 12 | Q.  When?  Approximately what timeframe? |
| 13 | A.  2015 until 2020. |
| 14 | Q.  And where did you live prior to Pine Lake Knoll? |
| 15 | A.  In West Bloomfield also. |
| 16 | Q.  Do you remember the name of that street? |
| 17 | A.  Walnut Creek Drive. |
| 18 | Q.  Walnut Creek? |
| 19 | A.  Yes. |
| 20 | Q.  Do you recall approximately the time frame you lived there? |
| 21 | A.  2022 -- excuse me.  2002 until 2015. |
| 22 | Q.  Sir, what do you do for a living? |
| 23 | A.  I'm a business owner. |
| 24 | Q.  Do you know an individual by the name of Donald Larson? |
| 25 | A.  I do. |

1   Q.   And how is it that you know Mr. Larson?

2   A.   I met him through Louie Didani.

3   Q.   And do you see Mr. Didani in court today?

4   A.   I do.

5   Q.   And could you -- actually, I'm going to ask you to speak

6   closer into the mic.

7   A.   I do.

8        MR. BILKOVIC:  Your Honor, I believe counsel will

9   stipulate that when Mr. Synowiec refers to Louie Didani he's

10  referred to the defendant, Ylli Didani.

11       MR. FINK:  Yes, I will.

12       THE COURT:  All right.  Very well.  So noted for the

13   record.

14  BY MR. BILKOVIC:

15  Q.   Were you friends with Mr. Larson?

16  A.   Yes.

17  Q.   Approximately when did you meet Mr. Larson?

18  A.   Approximately 2016.

19  Q.   And, I'm sorry, you might have said this, but how was it

20  that you met him?  I don't mean like where, but did somebody

21  introduce you?

22  A.   Louie introduced me to him, but I don't remember the exact

23  circumstances.

24  Q.   Okay.  When you say Louie, you're talking about Mr. Didani?

25  A.   Correct.

 1   Q.   Okay.  What about Martin Tibbitts?  Do you know who Martin

 2   Tibbitts was?

 3   A.   Yes.

 4   Q.   And how was it that you knew Martin Tibbitts?

 5   A.   I met him through Ylli Didani.

 6   Q.   And were you friends with Mr. Tibbitts?

 7   A.   No.

 8   Q.   Do you recall approximately -- did you ever -- were you

 9   ever with Mr. Tibbitts?

10   A.   Yes.

11   Q.   Approximately how many times?

12   A.   Once.

13   Q.   And when did you meet Mr. Didani, approximately?

14   A.   2013 summer.

15   Q.   And how did you meet him?  Who introduced you?

16   A.   A mutual friend, Eric Puzio.

17   Q.   And other than Louie did you know any other names that

18   Mr. Didani went by?

19   A.   His real name is spelled Ylli.

20   Q.   Other than Ylli and Louie, anything else?

21   A.   No.

22   Q.   And did you and Mr. Didani become friends?

23   A.   Yes.

24   Q.   Did you become good friends?

25   A.   Yes.

1   Q.   When you met Mr. Didani, do you know what he was doing for

2   a living?

3   A.   He was not working at the time.

4   Q.   At any point in time after you met him, did you know

5   anything about him owning a car detailing place or a car wash

6   in Macomb County?

7   A.   Yes.  That happened during our friendship, beginning of our

8   friendship.

9   Q.   I'm sorry?

10  A.   That happened during the beginning of our friendship when

11  he acquired the car wash.

12  Q.   He told you that he had acquired a car wash?

13  A.   Yes.

14  Q.   Did he tell you where the car wash was?

15  A.   It was on the east side of Detroit.  I don't remember the

16  exact location.

17  Q.   Did you ever go to the car wash with him?

18  A.   I don't recall.

19  Q.   And when you met Mr. Didani where was he living?

20  A.   I don't remember exactly.  He was staying at some

21  apartment.

22  Q.   Do you know what city?

23  A.   I don't remember.

24  Q.   Was it in Michigan?

25  A.   Yes.

1    Q.   Was it in the Eastern District of Michigan?

2    A.   Yes.

3    Q.   Did there come a point in time where Mr. Didani moved in

4    with you?

5    A.   Yes.

6    Q.   How did that come about?

7    A.   He asked to stay with me.

8    Q.   Do you know approximately when that was?

9    A.   I want to say around 2014.

10   Q.   Okay.  And is this when you were living at the Walnut Creek

11   residence in West Bloomfield?

12   A.   Yes.

13   Q.   And do you know why Mr. Didani wanted to move in with you?

14   A.   He was in a rough situation at the time.  He didn't have --

15   he didn't have employment and -- I don't remember the reason

16   why he wanted to live in his old apartment.

17   Q.   Did he have money at the time?

18   A.   He did not.

19   Q.   Did he have a car at the time?

20   A.   I don't remember.

21   Q.   Do you ever remember loaning your car to Mr. Didani?

22   A.   Yes.

23   Q.   And did you allow Mr. Didani then to move in with you?

24   A.   Yes.

25   Q.   And was he paying any rent?

```
 1   A.   No.

 2   Q.   Was he contributing toward the utilities?

 3   A.   No.

 4   Q.   Why not?

 5   A.   I was just trying to help him as a friend.

 6   Q.   Did there come a point in time that Mr. Didani moved out?

 7   A.   Yes.

 8   Q.   Approximately how long did he live with you?

 9   A.   I don't remember exactly.  Maybe six months.

10   Q.   Okay.  I'm not asking exact dates, but I just want to know

11   are we talking several years, a few months or a few weeks?

12   A.   A few months.

13   Q.   And did you stay friends with Mr. Didani after he moved

14   out?

15   A.   Yes.

16   Q.   Do you know where he went to live after he moved out of

17   your house?

18   A.   I think he was living with Don Larson.

19   Q.   And did you remain friend with Mr. Didani in 2015 and 2016?

20   A.   Yes.

21   Q.   In 2016, do you know if Mr. Didani was working?

22   A.   He did not have a job.

23   Q.   Did there --

24        MR. FINK:  Your Honor, I think there needs to be some

25   foundation for how he knows that.
```

1              THE COURT:  Okay.  Lay a foundation about how he knows

2     it, please.

3     BY MR. BILKOVIC:

4     Q.   Did you remain good friend with Mr. Didani in 2016?

5     A.   Yes.

6     Q.   Did you see him on a regular basis?

7     A.   I did.

8     Q.   Did you talk to him on a regular basis?

9     A.   Yes.

10    Q.   Did he ever talk to you about his job?

11    A.   No.

12    Q.   Did he ever tell you he couldn't do something because he

13    had to go to work?

14    A.   No.

15    Q.   Did he come to you in 2016 and tell you that he needed

16    money?

17    A.   Yes.

18    Q.   At that point in time, did you have a belief as to whether

19    or not he had a job?

20    A.   I don't recall Louie having stable employment at any time.

21    Q.   I want to take your attention to May of 2016.  During that

22    month, did you -- did Mr. Didani ever approach you or talk to

23    you about loaning him money?

24    A.   Yes.

25    Q.   And approximately how much money did he ask you to loan

1  him?

2  A.  100,000.

3  Q.  Did he tell you what the money was for?

4  A.  No.

5  Q.  Did you ask?  If you don't recall, that's fine.

6  A.  I don't recall, no.

7  Q.  Mr. Synowiec, these items, they happened nine years ago;

8  right?

9  A.  Yes.

10  Q.  Is it fair to say that your memory on some of these things

11  is not as clear now as it would have been nine years ago?

12  A.  It's not.

13  Q.  Did you agree to loan him the money?

14  A.  No.

15  Q.  Why not?

16  A.  He already had a large balance with me that he owed me.

17  Q.  I'm sorry?

18  A.  He already had a large balance with me that he owed me.

19  Q.  A large balance.  Does that mean you had loaned him money

20  previously?

21  A.  Correct.

22  Q.  Approximately how much?

23  A.  Close to hundred thousand.

24  Q.  And so when Mr. Didani asked you for the money or for the

25  loan what did you tell him?

1    A.   I told him I couldn't help him.

2    Q.   Did Mr. Didani come up with another way that you could

3    possibly help him?

4    A.   Yes.

5    Q.   And what was that?

6    A.   He asked me if I could loan the money to Martin Tibbitts.

7    Q.   I'm sorry?

8    A.   He asked me if I could loan the money to Martin Tibbitts.

9    Q.   He asked you if you could loan money to Martin Tibbitts?

10   A.   No, no, that's now how it was.  No.  He asked me if I could

11   accept a transfer from Martin Tibbitts into my account.

12   Q.   Okay.  A wire transfer?

13   A.   Yes.

14   Q.   And do you recall approximately when that was?

15   A.   I believe it was May or June of 2016.

16   Q.   Had you ever met Martin Tibbitts at that point?

17   A.   No.

18   Q.   Did you know who he was?

19   A.   Yes.

20   Q.   How was it that you knew who he was?

21   A.   I knew him through Louie.  Louie was telling me very good

22   positive things about Martin Tibbitts.

23   Q.   And so when Mr. Didani asked you if you would accept this

24   wire from Marty Tibbitts did you agree to do that?

25   A.   Yes.

1   Q.   And do you recall approximately how much the wire was for?

2   A.   100,000.

3   Q.   And in May of 2016, did Martin Tibbitts wire you $100,000?

4   A.   He did.

5   Q.   And what did you do with the proceeds that would have made

6   up that $100,000?  Did you leave it in your bank or did you do

7   something else?

8   A.   No.  I gave that money to Don Larson, I believe.

9   Q.   Why did you give the money to Don Larson if it was for

10  Mr. Didani?

11  A.   Those were Louie's instructions.

12  Q.   He wanted you to give it to Donald Larson?

13  A.   Yes.

14  Q.   And so did you do that?

15  A.   Yes.

16  Q.   Did Mr. Didani ever tell you what the money was for?

17  A.   No -- actually, he did.

18  Q.   What did he say, and when was this?

19  A.   He was traveling frequently to Europe to Albania, and I

20  remember him telling me he started -- he was about to start his

21  own business over there, a mining company.

22  Q.   And did he tell you that he was going to start that

23  business with Martin Tibbitts?

24  A.   Correct.

25  Q.   So did he explain to you why he needed you to wire him --

1    or why he needed Marty Tibbitts to wire you money when Martin

2    Tibbitts was going to be his business partner?

3    A.   I just don't remember.

4    Q.   Okay.  Did you have any second thoughts about doing it or

5    did you agree to do it?

6    A.   When he told me Martin Tibbitts was involved in that, I had

7    no issues with that.

8    Q.   Okay.  And on Mr. Didani's request did you ever give money

9    to Donald Larson other than that time?

10   A.   Yes.

11   Q.   Approximately how many times?

12   A.   Two or three.

13   Q.   And approximately what amounts?

14   A.   2,000, 3,000.

15   Q.   $2,000, $3,000?

16   A.   Correct.

17   Q.   Now, I want to take your attention to December of 2017.

18   Was Mr. Didani still spending time in Michigan?

19   A.   Yes.

20   Q.   Had you met Mr. Tibbitts at that point?

21   A.   Yes.

22   Q.   Where did you meet Mr. Tibbitts?

23   A.   At the restaurant in Hamtramck, Michigan.

24   Q.   Do you recall approximately when that was?

25   A.   It was in the summer.

1    Q.   Do you know what year?

2    A.   Around say 2017.

3    Q.   Are you sure or are you just --

4    A.   I'm not sure.

5    Q.   Okay.  That's okay.  And that was the only time that you

6    met with Mr. Tibbitts?

7    A.   Correct.

8    Q.   What was the purpose of that meeting?

9    A.   Marty asked to meet with me.  He wanted to get to know me.

10   Q.   Do you know what the purpose was?

11   A.   He was asking me if it would be possible for us to import

12   beef from Brazil.

13   Q.   And was it just the two of you or was Mr. Didani there?

14   A.   Just the two of us.

15   Q.   And did you ever end up agreeing to do that?

16   A.   No.

17   Q.   So going back to December of 2017, do you recall going --

18   I'll take your attention to December 17, 2017.  Do you recall

19   riding with Mr. Tibbitts -- I'm sorry, with Mr. Didani, where

20   Mr. Didani was driving a Porsche vehicle?

21   A.   I do not recall.

22   Q.   Have you seen a video of you with Mr. Didani when

23   Mr. Didani is driving a Porsche?

24   A.   Yes.

25   Q.   What you're saying is you saw the video.  Are you in the

1   video?

2   A.   Yes.

3   Q.   You just don't remember it?

4   A.   Correct.

5          MR. BILKOVIC:  Can I have one moment, your Honor?

6          THE COURT:  Yes.

7          (Briefly off the record.)

8   BY MR. BILKOVIC:

9   Q.   Did you continue to communicate with Mr. Didani in 2018?

10  A.   Yes.

11  Q.   2019?

12  A.   Yes.

13  Q.   2020?

14  A.   Yes.

15  Q.   During those periods of time, during those three years, was

16  he still living in Michigan?

17  A.   No, he was not.

18  Q.   Did there come a point in time where he moved?

19  A.   Yes.

20  Q.   Do you know where he was living?

21  A.   He was living in Europe.  He was all over Europe.

22  Q.   I'm sorry?

23  A.   He was living all over Europe.  I think he spent some time

24  in Dubai.  And then I think towards like late two thousand -- I

25  think in 2019 or '20 I think he started living in South

1   America.

2   Q.   And did you ever see him?  Did he ever come back to the

3   United States and visit?

4   A.   Yes.

5   Q.   Did you still -- even though he had moved, did you still

6   communicate with him?

7   A.   Yes.

8   Q.   How was it that you would communicate with him?

9   A.   Cell phones.

10  Q.   Phone calls?

11  A.   Correct.

12  Q.   What about text messages?

13  A.   Yes.

14  Q.   Sir, you have a book in front of you.  Can you turn to the

15  tab that's marked 71 and tell me if you recognize that.  Have

16  you seen that before?

17  A.   Text message between I and Louie?

18  Q.   Yes.

19  A.   Yes.

20       MR. BILKOVIC:  Your Honor, I believe this has already

21  been admitted.  I'm going to just ask a couple questions about

22  it if I could.

23       THE COURT:  Okay.

24  BY MR. BILKOVIC:

25  Q.   Did there come a point in time that you became aware in

1    December of 2018 that Mr. Didani had traveled to Washington,

2    D.C.?

3    A.   Yes, I remember he did travel to Washington, D.C.

4    Q.   And do you remember around that time him requesting that

5    you send him a video?

6    A.   No, I do not.

7    Q.   Okay.  I'm going to show you what's previously been

8    admitted as Government's Exhibit 71.2.

9            MR. BILKOVIC:  Your Honor, can we play that?

10           THE COURT:  You can.

11           Do you have any objection, Mr. Fink?

12           MR. FINK:  This was already admitted; correct?

13           THE COURT:  Yes.

14           MR. FINK:  No objection.

15           MR. BILKOVIC:  Yes, your Honor.  Let the record

16    reflect the exhibit was admitted, and it was identified as

17    having been sent on December 18, 2017.

18           (Video played.)

19           MR. BILKOVIC:  If you could just pause it.

20           Could you play it and I'll tell you when to pause it.

21    I'm sorry.  Stop it right there.

22    BY MR. BILKOVIC:

23    Q.   Do you remember this video?

24    A.   Yes.

25    Q.   And do you see the writing there on the "12-18, 2017, D+M"?

```
 1  A.   I can barely see it.
 2  Q.   If you need to step down, you can.  And actually if you can
 3  look at the screen right there.  It's also right next to you,
 4  if that would be easier.  Did you see that?
 5  A.   I did.
 6  Q.   Do you agree that it says, "12-18, 2017, D+M"?
 7  A.   Yes.
 8  Q.   Who wrote that?
 9  A.   I believe Louie.
10       MR. BILKOVIC:  And the money -- if we could go back
11  out.  I want to play it to where they show the money.  I'm
12  sorry.  We can just pause it there.
13  BY MR. BILKOVIC:
14  Q.   Where did this money come from?
15  A.   A business.
16  Q.   Why did you send this video showing this money along with
17  that note to Mr. Didani?
18  A.   He asked me for a favor.
19  Q.   What was the favor?
20  A.   Take a picture of the cash with that note.
21  Q.   Did he tell you why he wanted you to do that?
22  A.   From what I recall, he told me he was in some kind of
23  trouble.
24  Q.   Did he give you details about what the trouble was?
25  A.   He needed to prove to somebody that he had the money.
```

1    Q.   And so is that why you sent the video?

2    A.   Yes.

3    Q.   So the money in here, did you ever give that money to

4    Mr. Didani?

5    A.   I did not.

6    Q.   Sir, if you can go to that chat message that is marked

7    71.0, and could you go Page 6 of that, and let me know when

8    you're there.  Actually, I'm going to put it up on the board.

9          MR. BILKOVIC:  If we could bring up message 23 on

10   Page -- 71.0, Page 6.

11         THE COURT:  Message what?

12         MR. BILKOVIC:  Message number 23.

13   BY MR. BILKOVIC:

14   Q.   Mr. Synowiec, can you read that writing or would it be

15   easier for you to look at the screen?

16   A.   I can read it.

17   Q.   Okay.  Is this a message that Mr. Didani sent you on

18   December 21, 2017?

19   A.   Yes.

20   Q.   And what is the body of the message?

21   A.   He's asking me, "Can you" --

22   Q.   If you can just read it.  Read it verbatim.

23   A.   "Can you give Eric $1,000 to give to Don.  Don has to get

24   some staff for me and I don't have money.  I will return in a

25   few days when I'm back."

1    Q.   Do you recall whether you ended up doing that, whether you
2    ended up giving a thousand dollars to Eric to give to Don?
3    A.   I don't recall the exact instance, but I probably did.
4    Q.   Do you know Eric?  Is there a certain Eric that you believe
5    that referred to?
6    A.   Eric Puzio.
7    Q.   And do you know who the person, Don, who that referred to?
8    A.   Don Larson.
9    Q.   Mr. Synowiec, did there come a point in time in 2019 and
10   2020 that you started to have suspicions as to how Mr. Didani
11   was making his living?
12   A.   Yes.
13   Q.   And what were those suspicions?
14   A.   Sometimes he would brag about having a lot of cash or doing
15   shipments of drugs from South America to Europe.
16   Q.   Shipments of what?
17   A.   Of drugs.
18   Q.   And would he communicate with you through phone calls?
19   A.   Yes.
20   Q.   Text messages?
21   A.   Yes.
22   Q.   Would he ever send you photographs?
23   A.   Yes.
24   Q.   Did he ever send you photographs of him with money?
25   A.   Yes.

 1  Q.  Can you take a look at Government's proposed Exhibit 72.0.

 2          MR. BILKOVIC:  Actually, your Honor, I said proposed.

 3  I believe this was admitted through Agent Leach earlier today.

 4          THE COURT:  I think that's right.

 5          Do you think that's right, Mr. Fink?

 6          MR. FINK:  I do, 72.  Regardless, Judge, it would have

 7  been subject to that same objection which you have ruled on.

 8   So I'm fine with it either way.

 9  BY MR. BILKOVIC:

10  Q.  Mr. Larson (sic), at the end of that in your book there's a

11  series of --

12          THE COURT:  Not Mr. Larson.

13  BY MR. BILKOVIC:

14  Q.  What did I say, Mr. Larson?  I'm sorry.  Mr. Synowiec, at

15  the end of that book -- at the end of that 72 there's a series

16  of photographs.  Do you see those?

17  A.  Yes.

18  Q.  And do you see one that is marked 72.4?

19  A.  Yes.

20  Q.  And do you recognize that?

21  A.  Yes.

22  Q.  And is that one of the photographs that Mr. Didani sent you

23  that's contained in this chat?

24  A.  Yes.

25          MR. BILKOVIC:  Your Honor, at this time I would move

```
 1   for admission into evidence of Government's proposed Exhibit
 2   72.4.
 3             THE COURT:  Any objection?
 4             MR. FINK:  So I'm clear, this is contained in 72 as an
 5   attachment?
 6             THE COURT:  72.4.
 7             MR. BILKOVIC:  It's contained in the attachment on
 8   Page 4, item 78.
 9             THE COURT:  Okay.  Make that a little bit more
10   clearer.
11             MR. BILKOVIC:  Okay.
12             THE COURT:  It's on Page 4 of what?
13             MR. BILKOVIC:  Of 72.  72.0, Page 4.
14             THE COURT:  Okay.
15             MR. FINK:  I see it now, and I have no objection.
16             THE COURT:  All right.  It's admitted as 72.4.
17             MR. BILKOVIC:  Counsel, will you stipulate the date on
18   it and that it was an outgoing message?
19             MR. FINK:  I won't stipulate to who, but it's an
20   outgoing message from P to Pete Pete 1-17, 2020.
21             MR. BILKOVIC:  Thank you.
22             MR. FINK:  Is that okay, Judge?
23             THE COURT:  Yes, that's okay.  It's admitted as 72.4.
24             MR. BILKOVIC:  Thank you.  May we publish it to the
25   jury?
```

1           THE COURT:  Yes, you may.

2           MR. BILKOVIC:  Thank you.

3           And can we just zoom in on the photograph portion.

4  BY MR. BILKOVIC:

5  Q.   And what are we looking at here?  What is in this picture?

6  A.   Louie with a bunch of cash.

7  Q.   And this message thread, have you looked through it?

8  A.   Which message thread?

9  Q.   I'm sorry.  72.0.

10  A.   Yes, I did.

11  Q.   And does that appear to be a text message thread between

12  you and Mr. Didani?

13  A.   Yes.

14  Q.   Did you ever discuss -- did Mr. Didani ever discuss going

15  into business with you?

16  A.   Yes.

17  Q.   What did he want to do with you?

18  A.   Import shrimp from Ecuador to United States.

19  Q.   To your business in the United States?

20  A.   He suggested that we open up a chain of stores together.

21  Q.   Where would the chain of stores be?

22  A.   Detroit, Michigan.

23  Q.   In Michigan?

24  A.   Michigan yes.

25           MR. FINK:  I'm sorry, your Honor.  Can I clarify the

1    pronoun "he"?  Who are we talking about in this conversation

2    with?

3              THE COURT:  Well, he did begin it by asking if he ever

4    discussed going into business with Mr. Didani.

5              MR. FINK:  My apologies, Judge.  Thank you very much.

6              THE COURT:  That was your question, was it not?

7              MR. BILKOVIC:  That's correct.

8              THE COURT:  Okay.

9              MR. FINK:  No objection.

10   BY MR. BILKOVIC:

11   Q.  And in this chat did Mr. Didani send you pictures of, for

12   lack of better phrase, a shrimp farm?

13             Specifically, if you could look to Page -- on the

14   bottom, 72 point -- or dash 6.  And I know they're small.

15             THE COURT:  72-6?

16             MR. BILKOVIC:  72.0-6.

17             THE COURT:  72.0-6.  Page 6, okay.

18             THE WITNESS:  I don't see any pictures on my page.

19             THE COURT:  Maybe you could walk up and assist him.

20             MR. BILKOVIC:  Thank you.  I might have given you the

21   wrong page number.

22             Can I take a look at my book?  I might have this

23   marked.

24             THE COURT:  You may.

25             MR. FINK:  One moment, Judge.  Instead of creating

```
 1    more to do later, I think I can resolve this.
 2              MR. BILKOVIC:  Your Honor, may I approach the witness?
 3              THE COURT:  You may.
 4    BY MR. BILKOVIC:
 5    Q.  Just so the record reflects, the version that is in the
 6    witness' book was an outdated version.  There was some editing
 7    that we had to do, and we did that, which changed the page
 8    numbers.  And Mr. Fink and Mr. Didani were provided copies of
 9    that.
10              THE COURT:  Okay.  And now what is he looking at now?
11              MR. BILKOVIC:  He is still looking at 72.0, Page 6.
12              THE COURT:  Okay.
13    BY MR. BILKOVIC:
14    Q.  Do you recognize that?
15    A.  The pictures are really small.  I can't really tell what it
16    is.
17    Q.  In any event, they're photographs that Mr. Didani sent you?
18    A.  Yes.
19              MR. BILKOVIC:  Can you bring up 72.7 -- I'm sorry,
20    72.0, Page 6.
21              I'm sorry.  Can we go to the next page.  It would be
22    Page 7.  And can we go to messages 112 and 113.
23    BY MR. BILKOVIC:
24    Q.  Mr. Synowiec, can you see that?
25    A.  Yes.
```

1    Q.  And in message 112 is that a message that Mr. Didani sent

2    you on January 26, 2020?

3    A.  Yes.

4    Q.  And what is the body?

5    A.  "I want to do something clean and big."

6    Q.  "I want to do something clean and big"?

7    A.  Correct.

8    Q.  And then what does the next message that he follows that

9    with say, message 113, the message right below?

10   A.  "On that 2 with you."

11   Q.  To read it in whole, "I want to do something clean and big

12   on that 2 with you"?

13   A.  Correct.

14   Q.  And was this immediately following him sending you those

15   photographs that you can't tell what they are?

16   A.  Yes.

17   Q.  During these chats that you would have with Mr. Didani, was

18   he discussing with you ways that he was moving money?

19   A.  Yes.

20   Q.  Can you look at the photograph at the end that is marked

21   72.1.

22   A.  I don't think I have the page.

23   Q.  That's all right.  We'll skip that.

24           Did he discuss in chats or in person how it was that

25   he was moving money?

1    A.   Yes.

2    Q.   How was -- what did he tell you as to how he was moving

3    money?

4    A.   He was using Chinese people to move money.

5    Q.   And when we're talking money are we talking cash?

6    A.   Yes.

7    Q.   Are we talking a few hundred dollars or are we talking

8    large sums of money?

9    A.   Discussion was about the money that he owed me.  I demanded

10   to get the money back.

11   Q.   Did he ever discuss with you a percentage of what he would

12   have to pay to have money moved?

13   A.   Yes.

14   Q.   And do you recall approximately what the percentages was

15   that he was paying?

16   A.   12 percent.

17   Q.   And if you could look --

18         MR. BILKOVIC:  Actually, could we bring up 72.0, Page

19   8.  And could we go to the top message, message 197.

20         MR. FINK:  Page 8?

21         MR. BILKOVIC:  I'm sorry.  Do I have the wrong one?

22         MR. FINK:  Of the amended?

23         MR. BILKOVIC:  That would be 197.

24   BY MR. BILKOVIC:

25   Q.   Message number 197, do you see that?

 1   A.   Yes.

 2           THE COURT:  Part of what exhibit?

 3           MR. BILKOVIC:  This is part of 72.0.

 4           THE COURT:  Okay.

 5   BY MR. BILKOVIC:

 6   Q.   And is that a message that Mr. Didani sent you on

 7   February 4th of 2020?

 8   A.   Yes.

 9   Q.   And could you read the body of the message?

10   A.   "I talk to one the China guy.  He promised me he will get

11   me money.  Cali or new your with 12 percent."

12   Q.   Cali or New York; correct?

13   A.   Yes.

14   Q.   And could we go down to the next message, 198.  And did you

15   respond on February 4th of 2020?

16   A.   Yes.

17   Q.   And how did you respond?  What was the body of your

18   response?

19   A.   "Ouch.  That's a lot, but if there is no other way nothing

20   you can do.  Got to pay the 12 percent."

21           MR. BILKOVIC:  Can we go to 199 and 200 and bring both

22   of those up.

23   BY MR. BILKOVIC:

24   Q.   And is the top message an outgoing message from you to

25   Mr. Didani?

1    A.   Yes.

2    Q.   And what is the body?

3    A.   "What can I do, bro?"

4    Q.   And the next message, 200, is that also a text message that

5    Mr. Didani sent you?

6    A.   Yes.

7    Q.   And what message is that?

8    A.   "Is hard USA."

9    Q.   Can we go to -- on the same exhibit, 72.0, can we go to

10   Page 10 and go to message 228.

11            And on the same day, on February 4, 2020, did

12   Mr. Didani send you another message?

13   A.   Yes.

14   Q.   And what is the body of that message?

15   A.   "Bro, you don't understand my level now."

16            MR. BILKOVIC:  Can we go to the next message, 229.

17            THE WITNESS:  "Can risk nothing, bro."

18   BY MR. BILKOVIC:

19   Q.   Hold on one second, Mr. Synowiec.  I'm sorry.  I was

20   talking to her so she brings it up on the screen.

21            And the next message, is that also an outgoing message

22   that Mr. Didani sent you?

23   A.   Yes.

24   Q.   On February 4th?

25   A.   Yes.

1   Q.  And what does it say?

2   A.  "Can't risk nothing bro."

3           MR. BILKOVIC:  And can we go to message, 230, the next

4   message.

5   BY MR. BILKOVIC:

6   Q.  And did you respond to Mr. Didani on February 4th?

7   A.  Yes.

8   Q.  What did you say?

9   A.  "You have to be smart brother.  Can't afford to make any

10  mistakes."

11  Q.  What did you mean by that?

12  A.  I was afraid of him getting in trouble by moving money to

13  United States.

14          MR. BILKOVIC:  Your Honor, may we approach the bench?

15          THE COURT:  Yes.

16          (At 3:07 p.m., sidebar on the record, out of the

17          hearing of the jury, as follows:)

18          MR. BILKOVIC:  I apologize in advance.  I would ask

19   that we take a five-minute break or stop.  I'm at the very end

20   with him.  He's going to have to come back anyways, but I have

21   messed up by giving you like the wrong numbers and stuff.  And

22   I want to make sure you can follow this stuff.  And it would

23   take me a few minutes to organize this.

24          THE COURT:  Okay.  No.  He'll have to come back.

25          MR. BILKOVIC:  Judge, I'm so sorry.

1          MR. FINK:  No, that's fine.  We'll be on target.

2          THE COURT:  Tuesday; right?

3          MR. FINK:  Not for him.

4          THE COURT:  He's coming back.

5          MR. FINK:  Oh, yes.  But in general, yes.

6          THE COURT:  All right.

7          (End of sidebar.)

8          THE COURT:  Sir, you may step down today, but we need

9     you to come back, and the United States Attorney will let you

10    know when; okay?

11         THE WITNESS:  Okay.

12         THE COURT:  Thank you.

13         THE WITNESS:  Thank you.

14         (End of excerpt at 3:08 p.m.)

15                         _   _   _

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF COURT REPORTER

I, Sheila D. Rice, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages is a correct transcript from the record of proceedings in the above-entitled matter.

**s/Sheila D. Rice**
Sheila D. Rice, CSR-4163, RPR, RMR, FCRR
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date:  03/24/2025
Detroit, Michigan.