```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF MICHIGAN
 2                        SOUTHERN DIVISION

 3                            —   —   —

     UNITED STATES OF AMERICA,
 4
                 Plaintiff,
 5
       v.                                 Case No. 21-20264
 6
     YLLI DIDANI,
 7
                 Defendant.
 8   _____/

 9             JURY TRIAL – VOLUME 9 – EXCERPT
                   Testimony of Derek Crabbe
10         BEFORE THE HONORABLE DENISE PAGE HOOD
                   UNITED STATES DISTRICT JUDGE
11
               Theodore Levin United States Courthouse
12                231 West Lafayette Boulevard
                       Detroit, Michigan
13               Wednesday, February 26, 2025
     APPEARANCES:
14
      For the Plaintiff:       Mark Bilkovic
15                             Timothy McDonald
                               UNITED STATES ATTORNEY'S OFFICE
16                             211 W. Fort Street, Suite 2001
                               Detroit, Michigan  48226
17                             (313) 226-9623

18    For the Defendant:       Ylli Didani,
                               Appearing in Pro Se
19
                               Wade Fink
20                             WADE FINK LAW, P.C.
                               550 W. Merrill Street, Suite 100
21                             Birmingham, Michigan  48009
                               (248) 712-1054
22                             (Appearing as Standby Counsel)

23   Also Present:            Special Agent Chad Hermans
                               Maria DiCarlo, Paralegal
24
            To obtain a copy of this official transcript, contact:
25               Sheila D. Rice  Official Court Reporter
                 (313) 234-2610 • sheila_rice@mied.uscourts.gov
```

1 | **TABLE OF CONTENTS**

2 | MATTER                                                        PAGE

3 | **JURY TRIAL - VOLUME 9 - EXCERPT**

4 | **Government's Case in Chief (Continued)**

5 | **DEREK CRABBE**

Direct examination by Mr. McDonald.................  4
6 | Cross-examination by Defendant Didani...............  33

7 | Certificate of Court Reporter......................  56

8

9

10

11

12

13

14 | E X H I B I T   I N D E X

15

16 |
| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| Government's 38.2 | Aerial photograph | 11 | 12 |
| Government's 57.0 | Photograph | 13 | 14 |
| Government's 57.1 | Photograph | 15 | 16 |
| Government's 57.2 | Photograph | 17 | 17 |
| Government's 57.3 | Photograph | 18 | 18 |
| Government's 57.4 | Photograph | 19 | 19 |
| Government's 57.5 | Photograph | 20 | 21 |
| Government's 57.6 | Photograph | 22 | 23 |
| Government's 57.7 | Photograph | 24 | 24 |
| Government's 57.8 | Photograph | 25 | 25 |

22

23

24

25

```
 1   Detroit, Michigan
 2   Wednesday, February 26, 2025
 3   11:56 a.m.
 4                              _   _  _
 5          (Beginning of Excerpt.)
 6          THE COURT:  Can you call your next witness.
 7          MR. McDONALD:  United States calls Derek Crabbe,
 8   C-R-A-B-B-E.
 9          THE COURT:  You may step forward, right here by the
10   court reporter to be sworn in.  There is fine.  Raise your
11   right hand.
12          (Oath administered.)
13          THE COURT:  You may be seated in the witness box.
14   When you're seated, spell your first and last name.
15          THE WITNESS:  Derek Crabbe, C-R-A-B-B-E.
16          THE COURT:  You may proceed.
17          MR. McDONALD:  Can you pull the microphone as close to
18   your mouth as possible.  Make sure you can speak so the person
19   in the last row in the courtroom can hear you.
20                      *        *         *
21                          DEREK CRABBE,
22          was called as a witness at 11:57 a.m., after having been
23              duly sworn to testify to the truth.
24                      *        *         *
25
```

```
 1                        DIRECT EXAMINATION
 2   BY MR. McDONALD:
 3   Q.   Sir, can you tell us where you currently reside?
 4   A.   I currently reside in Scotland, in United Kingdom.
 5   Q.   And for how long have you lived in Scotland in the United
 6   Kingdom?
 7   A.   I've lived there for all 54 years of my life.
 8   Q.   And can you tell us are you employed?
 9   A.   I am employed, yes.
10   Q.   And who are you employed by?
11   A.   I'm employed by the National Crime Agency based in United
12   Kingdom.
13   Q.   The National Crime Agency?
14   A.   Yes.
15   Q.   Is that abbreviated NCA?
16   A.   Abbreviated as NCA, yes.
17   Q.   For how long have you been employed with the NCA?
18   A.   I've been employed by the NCA since it was formed in
19   October 2013.
20           THE COURT:  Before we go on, the microphone will move.
21    Your chair won't go forward, but move the microphone so that if
22    you're looking that way you're speaking into the mic; okay?
23           THE WITNESS:  Okay.
24           THE COURT:  And then just speak a little louder.
25           THE WITNESS:  Okay.
```

```
 1   BY MR. McDONALD:
 2   Q.   Can you tell us what your duties are with the National
 3   Crime Agency in Scotland?
 4   A.   So I am a senior investigator within the National Crime
 5   Agency in Scotland.  I am currently a member of Organized Crime
 6   Partnership.  This is a joint cooperative organization between
 7   police Scotland detectives and National Crime Agency
 8   investigators.
 9   Q.   And what types of crimes do you investigate?
10   A.   I investigate mainly cities' organized crime involving
11   controlled drugs, firearms, money laundering.
12   Q.   Are you involved in international drug trafficking
13   investigations?
14   A.   Yes.  The vast majority of my work with regards to the
15   drugs will involve the importation of drugs.  So, yes, that
16   would be international, yes.
17   Q.   That's the importation of drugs into Scotland?
18   A.   The importation of drugs into the United Kingdom.
19   Q.   Before joining the National Crime Agency, were you employed
20   in a law enforcement capacity?
21   A.   Yes, I was.
22   Q.   Can you tell the jury how you were employed and with whom?
23   A.   So immediately prior to the National Crime Agency being
24   launched in October 2013, I was criminal and financial
25   investigator with part of the UK Border Agency.
```

1  Q.  And for how long were you employed with United Kingdom

2  Border Agency?

3  A.  That was only around 18 months.

4  Q.  And during that 18 months what types of crimes, if any, did

5  you investigate?

6  A.  That would be the similar type work.  Really a change of

7  name and organization, but the work remained the same.  So it

8  would be importation of controlled drugs, supply of drugs,

9  firearms and money laundering offenses.

10  Q.  All right.  And I don't know if I asked you this question,

11  but how long have you been a law enforcement officer?

12  A.  I've been a law enforcement officer for around 34 years

13  now.

14  Q.  All right.  And so just before I asked you that question

15  you were talking about your job with United Kingdom Border

16  office?

17  A.  Yeah.  So the UK Border Agency that came around following a

18  merger with United Kingdom Immigration and also Customs and

19  Excise.  So previously I was a Customs officer working at ports

20  and airports dealing with people entering and leaving the UK,

21  again importing a prohibited item such as drugs, firearms,

22  cash.

23  Q.  Okay.  And how long were you a border officer?

24  A.  I have been with Customs and Excise really since 1989,

25  until 2011, when I moved to the investigation role with the UK

1   Border Agency.

2   Q.   Okay.  So 22 years or so?

3   A.   Yes.

4   Q.   All right.  I want to direct your attention to September of

5   2020.

6   A.   Yes.

7   Q.   Were you employed as an investigator with NCA Scotland on

8   that date?

9   A.   Yes, I was.

10  Q.   And were you the reporting officer for something called

11  Operation Pepperoni?

12  A.   I was, yes.

13  Q.   What is Operation Pepperoni and what was it?

14  A.   Operation Pepperoni was focused on the importation of

15  controlled drugs coming into UK by sea.  And there was

16  intelligence that there would be a consignment of cocaine

17  coming and within a consignment of bananas.

18          THE COURT:  Could you hold on a minute?

19          MR. McDONALD:  Sure.

20          THE COURT:  Is there a reason you're standing, sir?

21          MALE SPEAKER:  No, ma'am.

22          THE COURT:  If you don't mind, I'd like you to be

23   seated, if you would.  Thank you.

24  BY MR. McDONALD:

25  Q.   All right.  So you said it was an investigation into the

1    importation of drugs, and you had some information that there

2    was a consignment of bananas?

3    A.   It was a consignment of bananas due into the United

4    Kingdom, and within that consignment of bananas there was

5    intelligence that there may be a quantity of cocaine.

6    Q.   Okay.  Now, you said the word "consignment."  What is a

7    consignment?

8    A.   A consignment would be a quantity, if somebody has ordered

9    something to come into the UK.  So it could be a consignment

10   could cover anything, but basically a quantity of bananas, a

11   large scale of quantity of bananas coming in in freight.

12   Q.   And what was your responsibilities with this operation or

13   this investigation?

14   A.   So my responsibilities we have to travel from Scotland down

15   to the south course of England.  It's where the vessel was due

16   in.  And then I was then to supervise the search of the

17   palletized freight of bananas that come in, and the search was

18   to be carried out by UK Border Force officers.

19   Q.   Okay.  We'll get to the search in a minute.  I just want to

20   know generally what your responsibilities are as a member of an

21   investigation.  You have to report, you have to draft reports.

22   Can you talk a little bit about that?

23   A.   Yes.  So for this particular, when I was the reporting

24   officer, so it involved gathering all the evidence together and

25   submitting all my evidence and facts to the current office in

1    Scotland who are the prosecutors if they're any criminal

2    trials.

3    Q.   And the Crown Office is another way for saying a

4    prosecutor's office; is that fair?

5    A.   Yes.  That's the name for it in Scotland, yes.

6    Q.   Now, you talked about this consignment.  Did you become

7    aware of a consignment of bananas aboard the maritime vessel,

8    the Star Care, that was seized in the Port of Dover?

9    A.   I was aware of that, yes.

10   Q.   When did you become aware of that?

11   A.   I became aware of that on 21st of September 2020.

12   Q.   And did you know when the vessel arrived?

13   A.   I traveled to Dover, and I established the vessel had

14   arrived the day before, the 20th of September 2020.

15   Q.   Okay.  So you became aware of this on September 21st, and

16   you said you traveled down to the Port of Dover?

17   A.   That's correct, yes.

18   Q.   You traveled from where to the Port of Dover?

19   A.   I traveled from my office.  I traveled to one of the

20   airports in Edinburgh, and I flew -- sorry.  Edinburgh.  The

21   capital of Scotland.  And from there I flew down to London

22   Gatwick Airport.

23   Q.   That's G-A-T-W-I-C-K?

24   A.   That's correct.

25   Q.   Okay.

```
 1   A.   I then hired a car along with my colleague I traveled with.
 2   Q.   What was his or her name, your colleague?
 3   A.   He was Detective Constable Smith from Police Scotland.
 4   Q.   Okay.  And you rented or hired a car and you drove from
 5   London Gatwick to where?
 6   A.   We drove from London Gatwick to the Port of Dover on the
 7   southeast coast of England.
 8   Q.   And how long did that take you to get from Gatwick to the
 9   Port of Dover?
10   A.   It would be a couple of hours to get there.
11   Q.   If I wanted to fly from Edinburgh to the Port of Dover, how
12   long a flight is that?
13   A.   About an hour and a quarter or an hour and a half from
14   there to London, and then you need to travel by road or bus
15   into Dover.
16   Q.   Okay.  And, if I wanted to drive from Edinburgh down to the
17   Port of Dover, could I do that?
18   A.   You could.  That would take maybe nine, ten hours to
19   travel.
20   Q.   Okay.  And you said you became aware of the shipment, but
21   how did you become aware of this shipment?
22   A.   I was contacted in my office by my manager in the morning
23   who asked me to travel to Dover.  There was a consignment due
24   in, and he wanted me to go down with my colleague, Detective
25   Constable Smith, to oversee the search that would be conducted
```

1   by Border Force.

2   Q.   Okay.  But this is in the Port of Dover.  You work in

3   Scotland.  Why would someone in the NCA Scotland be going down

4   to Dover to search something coming into the port there?

5   A.   So the consignment of bananas that was due into the Port of

6   Dover was consigned to a company in Glasgow called the Glasgow

7   Fruit Market.

8   Q.   Okay.  And is it fair to say that that was part of your

9   investigation?

10  A.   Absolutely.

11  Q.   All right.  You have a book in front of you, a black book.

12  Would you open up and look at Government Exhibit 38.2.  Do you

13  recognize what that is?

14  A.   I do, yes.

15  Q.   Okay.  And can you tell the jury what it is?

16  A.   It's an aerial photograph of the Port of Dover in the south

17  of England.

18  Q.   Does that fairly and accurately depict the Port of Dover as

19  you know it working in Scotland?

20  A.   I would say so, yes.

21          MR. McDONALD:  Move for admission of 38.2.

22          THE COURT:  Any objection?

23          DEFENDANT DIDANI:  Objection, your Honor.

24          THE COURT:  What's your objection?

25          DEFENDANT DIDANI:  At Dover -- as we always said, your

1   Honor, United States never had jurisdiction to Singapore or

2   even as far as to even speak on the Port of Dover right now.

3          THE COURT:  So is your objection jurisdiction?

4          DEFENDANT DIDANI:  Yes.

5          THE COURT:  Do you want to respond?

6          MR. McDONALD:  Sure.  This Court has heard this

7   argument on multiple occasions and has resolved that argument

8   on multiple occasions.  So --

9          THE COURT:  I have.  And so, therefore, I don't think

10  it's relevant.  So your objection is overruled.  You may have

11  your answer.

12         MR. McDONALD:  May I publish 38.2, your Honor?

13         THE COURT:  Yes, 38.2 is admitted and you may publish

14  it.

15         MR. McDONALD:  Thank you.

16  BY MR. McDONALD:

17  Q.  Again, this is the Port of Dover in the United Kingdom?

18  A.  That's correct, yes.

19  Q.  Now, you said something about Glasgow Fruit Market.

20  Glasgow is where?

21  A.  Glasgow is in the west of Scotland.

22  Q.  So when did you leave to go to the Port of Dover?

23  A.  I would have left my office around 10 a.m. on the 21st of

24  September 2020.  I had to travel home to pack an overnight bag,

25  and then I drove from home to the airport where I flew to

1  London Gatwick.

2  Q.  Okay.  And do you recall arriving at some point on that day

3  at the Port of Dover?

4  A.  I do, yes.

5  Q.  And when you arrived where, if anywhere, did you go?

6  A.  I went immediately to the freight sheds where I had been

7  told -- the freight sheds, the examination sheds, where I was

8  told I would meet up with the Border Force officers.

9  Q.  And did you, in fact, meet up with the Border Force

10 officers there?

11 A.  I did.  Both myself and my colleague, Detective Constable

12 Smith, met up.

13 Q.  And when you got to the freight shed was there anything

14 inside the freight shed?

15 A.  Yes.  Within the freight shed there was a number of

16 palletized banana boxes.

17 Q.  All right.  I want you to look at Exhibit number 57.0.  Can

18 you tell the jury what that is?

19 A.  Yes.  So this is a photograph of some of the boxes of

20 bananas sitting on pallets.

21 Q.  Okay.  Does this fairly and accurately depict what you saw

22 on September 21st in the freight shed?

23 A.  Yes.

24        MR. McDONALD:  Move for admission of 57.

25        THE COURT:  Any objection?

1      DEFENDANT DIDANI:  Objection, your Honor, the same

2  one.

3      THE COURT:  All right.  So noted for the record and

4  preserved and overruled.  And this is admitted as number 57.0?

5      MR. McDONALD:  Yes, your Honor.

6      THE COURT:  Okay.

7      MR. McDONALD:  Can we please show 57.

8  BY MR. McDONALD:

9  Q.  Agent Crabbe, this picture, Exhibit 57, does that depict

10  all of the pallets that you saw on that particular day?

11  A.  No, it doesn't.  No.  That's just a -- there were 48

12  pallets in total, and this picture it looks like some of the

13  pallets have already been examined.  So you can see some

14  smaller palletized boxes the real left of the photograph.  So

15  this is post examination.

16  Q.  Okay.  And these pallets, based on your investigation, came

17  from the vessel Star Care?

18  A.  That's correct, yes.

19  Q.  So you said you were sent down to oversee the search?

20  A.  That's correct.

21  Q.  And did you, in fact, oversee the search of all 48 pallets

22  of bananas?

23  A.  I did.

24  Q.  And what time did you begin the search, if you recall?

25  A.  The search would have commenced around about 20, 2100 hours

1    on the 21st of September 2020.

2    Q.   Okay.  So 20 or 2100 hours on the 21st?

3    A.   8, 9 p.m. on the 21st of September, yes.

4    Q.   And can you tell the jury how long the search took?

5    A.   The search took right through the evening until the

6    following lunch time of the 22nd of September.

7    Q.   More or less than 12 hours?

8    A.   More than 12 hours.

9    Q.   And how many people were searching these boxes of bananas?

10   A.   There were four Border Force officers searching the boxes

11   of bananas with myself and my colleague overseeing them and

12   helping where we could just to move things after we had

13   searched.

14   Q.   Did you, in fact, search any of these boxes?

15   A.   We overseen the search.  We didn't really get involved.  We

16   wanted to be there in case Border Force found anything we could

17   respond immediately.

18   Q.   Were you present when Border Force officers found anything?

19   A.   I was, yes.

20   Q.   And what did they find?

21   A.   They shouted immediately while searching a box of bananas

22   that they had found a large silver-colored package.

23   Q.   All right.  I want to show you a couple pictures.  Can you

24   look at 57.1.  And can you identify that for the jury?

25   A.   Yeah.  This is a pallet of 48 boxes of bananas.  It's still

 1    intact.  So it hasn't yet been examined.

 2    Q.  And does this fairly and accurately depict what one pallet

 3    looked lake on September 21st into the 22nd of September?

 4    A.  Yes, it does.

 5            MR. McDONALD:  Move for admission of 57.1.

 6            THE COURT:  Any objection?

 7            DEFENDANT DIDANI:  Objection, your Honor.

 8            THE COURT:  Same objection?

 9            DEFENDANT DIDANI:  Same objection, your Honor.

10            THE COURT:  It's continued, and it's overruled.  You

11    may have this admitted as 57.1.

12            MR. McDONALD:  Thank you.

13    BY MR. McDONALD:

14    Q.  All right.  And so what we're looking at is a pallet of

15    bananas, banana boxes; is that accurate?

16    A.  That is correct, yes.

17    Q.  What type of boxes?  Does it say anything on the boxes that

18    gives you an idea as to what would be inside?

19    A.  Yeah.  Each box says "plantains" and "bananas" and the word

20    "Calypso."

21    Q.  And how many different layers of boxes are there in one

22    pallet?

23    A.  I believe they're eight layers of boxes and there were six

24    boxes per layer.

25    Q.  And was there anything else other than the name of the box?

1   Is there anything on each box?

2   A.  Yes.  You will see there are white stickers on the side of

3   the box.  This mentioned the company, Ernati, in Ecuador and

4   also Glasgow Fruit Market in Glasgow, Scotland.

5   Q.  Can you take a look at Exhibit 57.2.  Can you identify that

6   for the jury?

7   A.  Yes.  These are some of the boxes that contained the large

8   silver packages.

9   Q.  Some of the banana boxes you were searching?

10  A.  These are some of the banana boxes we were searching and I

11  can tell would have been large silver package inside this, and

12  this is the remainder of the boxes that now only contained

13  bananas.

14  Q.  And does that fairly and accurately depict what you saw on

15  September 21st?

16  A.  Yes.

17          MR. McDONALD:  Move for admission of 57.2.

18          THE COURT:  Any objection?

19          DEFENDANT DIDANI:  Yeah.  Objection, your Honor.  It's

20   the same.

21          THE COURT:  Same objection?

22          DEFENDANT DIDANI:  Yes, your Honor.

23          THE COURT:  Which is overruled.

24          And you may have it admitted as 57.2.

25          MR. McDONALD:  Thank you.

1   BY MR. McDONALD:

2   Q.   And these are the boxes that have already been searched; is

3   that what you said?

4   A.   That's correct, yes.

5   Q.   Can you look at 57.3 and tell the jury what that is?

6   A.   This is an open box showing some green bananas or

7   plantains.

8   Q.   And does this fairly and accurately depict what one of the

9   boxes looked like on September 21st into the 22nd?

10  A.   Yes, it does.

11          MR. McDONALD:  Move for admission of 57.3.

12          THE COURT:  Any objection?

13          DEFENDANT DIDANI:  Objection, your Honor, the same.

14          THE COURT:  All right.  Thank you.  And it's

15   overruled, and it's admitted as 57.3.

16          MR. McDONALD:  Thank you.

17  BY MR. McDONALD:

18  Q.   All right.  And so this box just shows a lid off and the

19  presence of bananas?

20  A.   That's correct, yes.

21  Q.   And do you know by looking at that box whether it had been

22  searched for cocaine or any other substance on that day?

23  A.   I can tell that the bananas are not lying regular.  So,

24  therefore, that box has been searched and the bananas have been

25  disturbed.

1                MR. McDONALD:  Okay.  You can take that down.

2    BY MR. McDONALD:

3    Q.   I'm showing you -- can you please look at 57.4 in your

4    book.

5    A.   Yes.

6    Q.   And what is that?

7    A.   That's a typical box of the bananas that was examined.

8    Q.   Okay.  And you said a minute ago that the bananas were like

9    situated a certain way?

10   A.   Yes.  So --

11   Q.   Hold on one second.  Does that picture show how the bananas

12   were situated prior to them being searched?

13   A.   That's the typical way the bananas are all lying in a

14   uniform format.

15   Q.   Okay.  And does that fairly and accurately depict what you

16   saw on that day?

17   A.   Yes.

18                MR. McDONALD:  Move for admission of 57.4.

19                THE COURT:  Any objection?

20                DEFENDANT DIDANI:  Objection, your Honor.

21                THE COURT:  And this is the same objection?

22                DEFENDANT DIDANI:  Yeah, same objection, your Honor.

23                THE COURT:  And it's overruled, and you may admit it

24    as 57.4.

25

```
 1  BY MR. McDONALD:
 2  Q.   This is the uniform way the bananas were observed by you
 3  and others?
 4  A.   That is correct, yes.
 5  Q.   Do you see anyone's hands that you're familiar with in that
 6  picture?
 7  A.   They are my hands, yes.
 8  Q.   How do you know they're your hands?
 9  A.   I recognize my hands.  I can see my wedding ring on my --
10  on the left hand there.  I can recognize my wrist and the cuffs
11  of my jacket.
12  Q.   Okay.  I'm showing you -- can you please look at 57.5.  Do
13  you recognize what that is?
14  A.   Yes.
15  Q.   Can you identify it?
16  A.   Yeah.  That is the box lids, the top of the boxes with the
17  silver packages that were found in some of the boxes of bananas
18  lying inside the box lids, alongside some other -- the packages
19  and lids inside plastic bags.
20  Q.   You continue to talk about a silver package, but could you
21  describe what you mean?  What did the silver package look like?
22  A.   So the silver package was a thick foil with a type of a
23  black bitumen type substance on the inside, which with a middle
24  seal very tightly together.  The package weighed roughly eight
25  kilos, and the little roughly uniform size and weight.
```

1   Q.   Does the picture in 57.5 fairly and accurately depict what

2   you saw on that particular day?

3   A.   Yes, it does.

4          MR. McDONALD:  Move for admission of 57.5.

5          THE COURT:  Any objection?

6          DEFENDANT DIDANI:  Objection the same, your Honor.

7          THE COURT:  It's overruled.

8          And this is 57.5?

9          DEFENDANT DIDANI:  Yes.

10         MR. McDONALD:  Yes, your Honor.

11         THE COURT:  All right.  It's admitted.

12         MR. McDONALD:  Thank you.

13   BY MR. McDONALD:

14   Q.   Now, do you in this picture, 57.5, do you see any of the

15   silver packages?

16   A.   Yes.  I can see a number of silver packages lying inside

17   the cardboard box.

18   Q.   You have a mouse in front of you for a computer.  Don't

19   click anything, but if you move it your cursor will appear.

20   Can you show us where the silver packages were?

21   A.   There, there, there.  These five boxes, as well as I can

22   see some in the inside plastic bags.

23   Q.   Okay.  Now, you said that the border search officers

24   eventually started to find these silver packages.  Were they

25   located in any uniform way across the 48 pallets?

1   A.   So of the 48 pallets only four pallets contained any of the

2   large silver packages.  I have mentioned previously there were

3   eight layers of banana boxes, and in each of the four pallets,

4   from the fourth layer from the top, was where we started to

5   find these silver packages.

6   Q.   Okay.  So in each of those four pallets, starting on the

7   fourth layer, are you saying fourth layer all the way down is

8   filled with cocaine or just the fourth layer?

9   A.   Fourth layer from the top, fourth layer, fifth layer, all

10  the way down to the bottom.  The cocaine was found in -- not in

11  every single box, but there were some boxes that only contained

12  bananas, but certainly layers four to eight.

13  Q.   In four of the 48 pallets?

14  A.   That's correct.

15  Q.   If you can take a look at Exhibit 57.6.  Do you recognize

16  that?

17  A.   I do, yes.

18  Q.   And can you identify it for the jury?

19  A.   Yeah.  This is the silver packages lying on top of the lid

20  of the boxes they were recovered from.

21  Q.   All right.  Does this fairly and accurately depict what you

22  saw on that particular date?

23  A.   Yes, it does.

24          MR. McDONALD:  Move for admission of Exhibit 57.6.

25          THE COURT:  Any objection?

```
 1              DEFENDANT DIDANI:  Objection the same, your Honor.
 2              THE COURT:  All right.  It's overruled, and this is
 3     admitted as 57.6.
 4              MR. McDONALD:  Thank you.
 5              Can you publish 57.6.
 6     BY MR. McDONALD:
 7     Q.  Officer Crabbe, does this picture accurately depict what
 8     those silver packages looked like?
 9     A.  It does, yes.
10              MR. McDONALD:  Can you zoom in on the silver packages.
11     BY MR. McDONALD:
12     Q.  All right.  And were you later able to determine what was
13     inside these silver packages?
14     A.  Yes.  One of the packages was opened on the day after it
15     had been found by Border Force.  They opened to see what was
16     inside.
17     Q.  Okay.  But at some point, whether it was this day or some
18     other day, were you able to determine what all of those
19     packages contained?
20     A.  Yes.  The following year we visited the Port of Dover
21     again, and we opened every single silver package.
22     Q.  And can you describe what was inside the silver package?
23     A.  So within the silver packaging, the silver foil, a thick
24     bitumen wrap was opened, and inside every package were eight
25     individually one-kilo box of cocaine wrapped in a different
```

1  colored plastic.  There was a -- there was red plastic, there

2  was blue plastic, and there were black plastic packages.

3  Q.  Okay.  Can you take a look at 57.7.  Do you recognize what

4  that is?

5  A.  Yes.  Pictures of the silver packages, yes.

6  Q.  Is this a more close-up or a different angle of these

7  packages?

8  A.  Yes.  A close-up angle, yes.

9  Q.  Does that fairly and accurately depict what you observed on

10  the 21st and the 22nd?

11  A.  Yes, it does.

12  Q.  By the way, do you remember when the first cocaine was

13  found?  Was it found on the 21st or 22nd?

14  A.  The first package of cocaine was found at five minutes past

15  midnight on the 22nd of September, 2020.

16        MR. McDONALD:  Move for admission of 57.7.

17        THE COURT:  Any objection?

18        DEFENDANT DIDANI:  Objection, your Honor, the same.

19        THE COURT:  All right.  It's overruled, and this is

20   admitted as 57.7.

21  BY MR. McDONALD:

22  Q.  This is just another close-up version of the silver

23  packages?

24  A.  That's correct, yes.

25        THE COURT:  This is 57.7?

1              MR. McDONALD:  Yes, your Honor.

2    BY MR. McDONALD:

3    Q.  All right.  I want you to take a look at the last picture,

4    which is 57.8.  Can you tell us have you seen that before?

5    A.  I have, yes.

6    Q.  And can you identify it for the jury?

7    A.  This is an image of the first package that was found at

8    five past midnight by the Border Force officers.  They opened

9    the silver packaging to reveal red smaller packages inside.

10   And one of the these packages was slit in order to test some of

11   the contents.

12   Q.  Okay.  We'll get to that in a second, but does this picture

13   fairly and accurately reflect what you saw on the 21st and 22nd

14   of September?

15   A.  It does, yes.

16             MR. McDONALD:  Move for admission of 57.8.

17             THE COURT:  Any objection?

18             DEFENDANT DIDANI:  Objection, your Honor, the same.

19             THE COURT:  Your objection is overruled, and this is

20    admitted as -- it's 57.8?

21             MR. McDONALD:  Yes, your Honor.

22             THE COURT:  Okay.  It's admitted.

23   BY MR. McDONALD:

24   Q.  And can you describe what the jury is looking at right

25   here?

1    A.   So you're looking at the inside of the silver package.

2    You'll note the smaller individually-wrapped red plastic.

3    There were eight packages visible when we looked inside.

4    Q.   Okay.  And you had mentioned something about one of the red

5    packages were slit?

6    A.   Yes.  You'll notice --

7    Q.   Hold on one second.  Do you see any evidence of this slit

8    in the photograph of 57.8?

9    A.   I do, yes.

10   Q.   And can you take your mouse and just point where that would

11   be.

12   A.   There.

13   Q.   And that says -- what does that say, "Home Office"?

14   A.   "Home Office Border Force."

15   Q.   Do you know how that got on there?

16   A.   That was placed there by the Border Force officers.  They

17   had --

18   Q.   Before or after they -- it was slit into?

19   A.   They slit in it to take a sample of the powder inside, and

20   they put the tape on it to secure -- to stop any of the powder

21   falling out.

22   Q.   Okay.  You said something about a test.  Are you familiar

23   with something called a field test?

24   A.   I am, yes.

25   Q.   What's a field test?

1   A.   A field test is something that the officers will do when

2   they're on the ground, they come across a substance, and they

3   want to ascertain where they saw an illegal substance.   So in

4   this case we suspected it was cocaine.   So they took a small

5   sample of the powder and they got a positive indication for

6   cocaine.

7   Q.   Okay.   That's not a forensic test, it's just a preliminary

8   test; is that right?

9   A.   Yes.

10  Q.   Okay.   Now, when that field test happened, were you present

11  or were you near when the field test occurred?

12  A.   I was standing watching the field test being completed,

13  yes.

14  Q.   And in your subsequent search of all these silver packages

15  was there a consistent amount of individual-sized colored

16  packages inside?

17  A.   There were, yes.

18  Q.   And how many?

19  A.   In total, 952 packages, individual packages, recovered.

20  Q.   Okay.   Do you know how much each one of those packages

21  weighed, approximately?

22  A.   Each package weighed approximately one kilo.

23  Q.   Okay.   Now, you said you searched through the 22nd of

24  September.   Did you seize any of the samples to take back to

25  Scotland?

```
 1    A.   Yes.  Once we were finished with examining the load and
 2    securing everything in the plastic bags, the evidence bags, I
 3    selected this package that was in the last photograph, and I
 4    passed that to local NCA colleagues, who are based in Dover, to
 5    securely store for me overnight.
 6              MR. McDONALD:  Just for the record, I asked
 7    Ms. DiCarlo if she could put this photograph back up.  It's
 8    57.8.
 9              THE COURT:  Okay.
10    BY MR. McDONALD:
11    Q.   You said you selected this package?
12    A.   This package, yes.
13    Q.   And you said some numbers.  Do you know where this
14    particular package -- what pallet it came from and what box it
15    came from?
16    A.   This package, I believe, was from a pallet number 39, and
17    it was packaged along with a box lid number 18.
18    Q.   So this silver package was in pallet 39 in box lid 18?
19    A.   That's correct, yes.
20    Q.   This is what you seized?
21    A.   This is what I seized, yes.
22    Q.   Did you take it back to Scotland on the 22nd of September?
23    A.   No.  I passed that to a local National Crime Agency
24    officers from Dover to securely store overnight for me.
25    Q.   Why did you have them securely store it overnight for you?
```

```
 1    A.  Well, it's high value goods, and it's evidence of a

 2    criminal case, and we will need it to preserve the evidence.

 3    Q.  Okay.  Maybe I asked a bad question.  Why didn't you take

 4    it back on September 22, 2020?

 5    A.  I had just finished a 32-hour shift, and I was unfit to

 6    drive and maintain those back to Scotland.

 7    Q.  The following day, on the 23rd, did you retrieve this same

 8    sample?

 9    A.  I did, yes.

10    Q.  And again, this is a sample from pallet 39, box lid 18?

11    A.  That's correct.

12    Q.  How many individual red-sized packages?

13    A.  There were eight.

14    Q.  And what did you do once you received it on the 23rd?

15    A.  I took receipt of the package from my colleagues, and I

16    drove back up to Scotland with my colleague, Detective

17    Constable Smith.

18    Q.  Why did you take this package back to Scotland?

19    A.  Because I needed to submit it for forensic analysis.

20    Q.  And did you, in fact, after that date, sometime after that

21    date on the 23rd, submit this particular package for forensic

22    analysis?

23    A.  Later on that evening, I secured the package in a secure

24    lockup, because the labs were closed for the day.  It was

25    10 p.m.  And this was locked away securely in my office.
```

```
 1   Q.  My question is at some point after that.  I'm not asking
 2   you specifics, but at some point after that did you transfer
 3   this package to the forensic services area?
 4   A.  Yes, I did.
 5   Q.  And is that in a different building, same building?
 6   A.  It's all contained within the same Scottish crime campus
 7   building.
 8   Q.  In what city?
 9   A.  In -- just outside Glasgow.
10   Q.  Now, I want to direct your attention to a year --
11   approximately a year later.  Do you recall getting back
12   involved with this consignment of bananas?
13   A.  Yes, I do.  Yes.
14   Q.  And can you tell us a little bit about why -- what, if
15   anything, you did a year later?
16   A.  So all the cocaine, because of the high value of it, was
17   stored in a secure premises near Dover.  And I returned to
18   Dover with a number of my colleagues the following year to open
19   the remaining 118 silver packages.
20   Q.  Why did you do that, though?
21   A.  We needed to open every package to establish where there
22   was any similarities or differences between the package that we
23   had recovered and taken back to Scotland the year before.
24   Q.  And based on your second kind of review of this evidence,
25   did you take any samples from the larger group and take them
```

1    anywhere?

2    A.    Yes, we did.  Over three days, all 118 packages were

3    opened, and they were found to be consistently-sized packages,

4    and number of packages within each large silver package, the

5    only differences being there were red plastic, blue plastic and

6    black plastic wrappings.

7    Q.    So did you take any samples of the red, blue and black

8    packaging back to Scotland?

9    A.    I did.  There were five randomly selected packages of each

10   of the three colors were selected and taken back for forensic

11   analysis.

12   Q.    So 15 individual packages?

13   A.    That's correct, 15.

14   Q.    And did you drive them back?

15   A.    I drove them back to Scotland again.

16   Q.    Alone or with someone else?

17   A.    I had my colleague, Detective Constable Smith, with me

18   again on that occasion and another colleague to drive back,

19   yes.

20   Q.    All right.  And when you got back to Scotland with the 15

21   different packages what, if anything, did you do with them?

22   A.    These were again securely stored and then subsequently

23   logged with forensic services for field forensic analysis.

24            MR. McDONALD:  Can I have one moment, your Honor?

25            THE COURT:  Yes, you may.

```
 1              (Briefly off the record.)
 2   BY MR. McDONALD:
 3   Q.   There's one other area that I want to talk to you about.
 4   Based on your investigation of this particular consignment, did
 5   you know where it was supposed to go had it not been seized?
 6   A.   The package was consigned to Glasgow Fruit Market in
 7   Glasgow.  And my inquiries identified that the delivery address
 8   had changed the day that the consignment arrived in the UK.
 9   Q.   Okay.  So it was originally supposed to go to the fruit
10   market, but then you got a different address?
11   A.   That's correct, yes.
12   Q.   Did you investigate that address?
13   A.   We did.  There was positive lines of inquiries made at this
14   new delivery address.
15   Q.   And did you identify a structure at this address, what type
16   of structure?
17   A.   There was a small warehouse shed that was to be the new
18   delivery address of the consignment of bananas had it been
19   released, yes.
20   Q.   In your experience, did you find that unusual?
21   A.   This delivery address was unusual in the fact that there
22   had been a number of previous consignments of bananas that had
23   all gone either to Glasgow or had gone to a banana ripening
24   facility in the northeast of England.  This particular one went
25   to a warehouse in the east -- the southeast of England.
```

```
 1    Q.   And what city would that have been?

 2    A.   The county of Essex, which is just east of London.

 3               MR. McDONALD:  May I have one moment?

 4               THE COURT:  You may.

 5               (Briefly off the record.)

 6               MR. McDONALD:  No further questions.  Thank you.

 7               THE COURT:  Cross-examine, please.

 8                          CROSS-EXAMINATION

 9    BY DEFENDANT DIDANI:

10    Q.   Good afternoon.

11    A.   Good afternoon.

12    Q.   Detective Derek Grabbe (ph)?

13    A.   Derek Crabbe.

14    Q.   I'm sorry.  Derek ...

15    A.   Crabbe.

16    Q.   Crabbe.  I apologize.

17    A.   That's okay.

18    Q.   Detective.  You're a detective from where?

19    A.   I am from the United Kingdom National Crime Agency based in

20    Scotland.

21    Q.   Scotland?

22    A.   Yes.

23    Q.   You know where we at?

24    A.   We're in Detroit, USA.

25    Q.   How many times you been in Detroit?
```

```
1    A.   This is my first time.

2    Q.   Did you knew anything about Detroit before?

3    A.   With regards to ...

4    Q.   That it even existed, Detroit.

5    A.   Yes, I've heard of Detroit.  I'm aware of some of the

6    sports teams.  I know they're in the state of Michigan, very

7    close to Canada.

8             Could you be more specific what you want me to expand

9    on?  Sorry.

10   Q.   You ever -- so that's the first time you travel?

11   A.   First time to Detroit, yes.

12   Q.   And it would take you kind of about 7,000 miles away from

13   your land?

14   A.   Seven thousand miles away, yes.

15   Q.   How many miles -- how many hours you had to travel with the

16   airplane?

17   A.   There was a nine-hour flight from Amsterdam and a

18   one-and-a-half-hour flight from Scotland to Amsterdam.

19            DEFENDANT DIDANI:  Your Honor, can I have Mr. Fink

20   post -- with your permission, to post a world map so we can

21   understand where Mr. Derek Crabbe is talking when he's talking

22   about it?

23            THE COURT:  Have it shown so that you can point out

24   where it is, I will permit that if the Government --

25            Do you have any --
```

 1              DEFENDANT DIDANI:  Any objection?

 2              MR. McDONALD:  No objection.

 3              THE COURT:  Very well.

 4              DEFENDANT DIDANI:  Mr. Fink, please.

 5              THE COURT:  Is this the map that we had before?

 6              MR. FINK:  It is not, your Honor.  It is something --

 7     it's Google Earth is what I'm using, if that's okay with the

 8     Government.

 9              MR. McDONALD:  Fine by me.

10              MR. FINK:  I'll make it bigger.  Hold on.  Very

11     limited technical skills.  One moment.

12     BY DEFENDANT DIDANI:

13     Q.  Detective Crabbe, your mouse work?  You know that thing, it

14     work?

15              MR. FINK:  No, it won't work on mine.

16              May I approach the witness with a pointer, Judge?

17              THE COURT:  You may.

18              MR. FINK:  The red button, Mr. Crabbe, I think will

19     have the red pointer.

20              THE COURT:  Pose a question.

21     BY DEFENDANT DIDANI:

22     Q.  Detective, can you show the jury, not exactly, but closely

23     where is Scotland?

24              THE COURT:  Where is what?

25              DEFENDANT DIDANI:  Scotland.

```
 1              THE WITNESS:  I've got shaky hands, but right about
 2   there.
 3   BY DEFENDANT DIDANI:
 4   Q.   And can you show the jury where is Michigan in there?
 5   A.   Thankfully, I wasn't flying the plane, but we are over.
 6              THE COURT:  Do you want to -- can you see well enough?
 7              THE WITNESS:  I can't see --
 8              THE COURT:  Well, you may step down and walk over
 9   toward the map if you would like.
10              THE WITNESS:  Okay.
11              THE COURT:  But we need to have the map up, yes.
12   Good.
13              THE WITNESS:  So right here.
14   BY DEFENDANT DIDANI:
15   Q.   So you traveled from Scotland to where now?
16   A.   I traveled Scotland, up here.
17   Q.   Okay.
18   A.   Over to Amsterdam in the Netherlands.
19              MR. FINK:  Is anyone stepping on a cord?
20              DEFENDANT DIDANI:  No.
21              THE COURT:  Stepping on what?
22              MR. FINK:  Stepping on a cord.  I'm sorry.  It blacked
23   out again, your Honor.  I'm just keeping an eye on it.
24   BY DEFENDANT DIDANI:
25   Q.   So how many hours from Scotland to Amsterdam it is,
```

```
 1   Detective Crabbe?

 2   A.   1.5 hours.

 3   Q.   And then from Amsterdam you flew where?

 4   A.   I flew to Detroit.

 5   Q.   And how many hours is that, Detective Crabbe?

 6   A.   Nine hours.

 7   Q.   Pardon me?

 8   A.   Nine hours.

 9   Q.   Nine hours?

10        THE COURT:  Can he be seated again?

11        DEFENDANT DIDANI:  Yes.

12        THE COURT:  You may be seated.

13   BY DEFENDANT DIDANI:

14   Q.   Detective, why you here?

15   A.   I'm here at the request of the DEA and the DOJ to assist

16   with a trial.

17   Q.   How many times you have done that --

18        THE COURT:  Excuse me.  And I know what you mean.  I

19   think everybody has heard what the DEA is, but when you say DOJ

20   you mean the Department of Justice?

21        THE WITNESS:  Apologies.  I mean the Department of

22   Justice, yes.

23        THE COURT:  No.  We just haven't used that word that

24   much.

25        THE WITNESS:  Sorry.
```

```
 1              THE COURT:  Okay.  Go ahead.
 2   BY DEFENDANT DIDANI:
 3   Q.   So DOJ, Department of Justice, and DEA asked you to come
 4   here?
 5   A.   That's correct, yes.
 6   Q.   For what?
 7   A.   To give evidence in their trial.
 8   Q.   Detective Crabbe, you got anything you reading from out
 9   there in front, or no, because I'm seeing that you all the time
10   looking down there?  Are you looking at the photos or reports?
11   A.   This is the --
12   Q.   Okay.  Just making sure.
13              THE COURT:  Wait a minute.  What are you looking at,
14    the photos?
15              THE WITNESS:  This was still lying open.  It's closed
16    now.
17   BY DEFENDANT DIDANI:
18   Q.   I want to make sure, Detective, there is no reports in
19   front of you.
20              THE COURT:  Go to your next question.
21   BY DEFENDANT DIDANI:
22   Q.   So you here for what now again?  One more time.
23              THE COURT:  We heard it.  Go to your next question.
24   BY DEFENDANT DIDANI:
25   Q.   Detective, so you from Scotland.  What about Pepperoni?
```

1  What's Pepperoni?

2  A.   Pepperoni was the name of the operation.

3  Q.   Operation Pepperoni?

4  A.   Operation Pepperoni.

5  Q.   Why is it named Pepperoni?

6  A.   We have our operations are named for the National Crime

7  Agency random words.  There's a computer, and a random name is

8  given.  It doesn't mean there were pepperonis.  There's nothing

9  to connect it to pepperonis.  A random word.

10 Q.   All right.  So you say that your supervisor told you to

11 travel where now?  In Dover?

12 A.   He told me to travel from my office down to the Port of

13 Dover in the southeast corner of England.

14 Q.   And how many hours is that?

15 A.   It took me probably about eight hours in total by the time

16 I went home, went to the airport, flew, hired a car and drove.

17 Q.   And what kind of information you had about Pepperoni?

18 A.   I had information that there was a consignment of bananas

19 coming in on a vessel into Dover.  The bananas would be

20 palletized, and there may be a quantity of cocaine concealed

21 within the consignment of bananas.

22 Q.   And who gave you that information, Detective Crabbe?

23 A.   I have no idea.  My manager, that is all he had.  The way

24 that the intelligence is received, there's a firewall between

25 the intelligence side of the business and the investigation

1   side of the business.  So I would never ever find out the

2   source of intelligence.

3   Q.  So you never know the source of intelligence or anything?

4   That's the only thing you did, going there to Dover, and that's

5   it?

6   A.  At that stage, I was aware there was intelligence held.  I

7   didn't know the source of the intelligence.  I wasn't privy at

8   that stage.

9   Q.  All right.  You indicated there was a shipment of bananas

10  coming from where?

11  A.  The shipment of bananas came from Ecuador in South America.

12  Q.  Is Ecuador anywhere or close with Michigan today?

13  A.  No, it's not.

14          DEFENDANT DIDANI:  Can we please, your Honor, show

15  where is Ecuador?

16          THE COURT:  Where is what?

17          DEFENDANT DIDANI:  Ecuador.  With your permission,

18   your Honor.

19          THE COURT:  Sure.

20          DEFENDANT DIDANI:  Thank you, your Honor.

21          THE COURT:  You want the witness to show that?

22          DEFENDANT DIDANI:  Yes, your Honor, please.

23          THE WITNESS:  So it's in South America.  I've never

24   been to Ecuador.

25

1    BY DEFENDANT DIDANI:

2    Q.   So where is Ecuador?

3    A.   It's -- I know it's on the -- near Costa Rica.  I've never

4    been.  I've had no reason to go.  There's Ecuador right there.

5    Q.   Right there?

6    A.   Yeah.

7    Q.   And the only information that you had it was a shipment

8    coming from Ecuador?

9            MR. McDONALD:  Excuse me.  Can the witness be seated?

10           THE COURT:  Yes.  I was getting ready to say that, but

11   I didn't know if we were going to point anywhere else.

12           But can it reflect that it's on the west side of South

13   America?  Is that fair, Mr. Didani?

14           DEFENDANT DIDANI:  Yes, your Honor.

15           THE COURT:  What about Mr. McDonald?

16           MR. McDONALD:  Yes, that's fine.

17           THE COURT:  Very well.  Proceed.

18   BY DEFENDANT DIDANI:

19   Q.   Detective Crabbe, the information is that some shipment

20   come from this country, little country right there, Ecuador,

21   and going to where?  To Dover, in England?

22   A.   All the way to England in the United Kingdom, yes.

23   Q.   Did you have any information how -- can you -- the

24   freighter, do you remember the freighter name?

25   A.   The vessel that carried the consignment was a motor vessel,

```
 1    Star Care.
 2    Q.   Star Care?
 3    A.   Yes.
 4    Q.   Do you know where Star Care was registered?
 5    A.   I have no idea.
 6    Q.   To be fair, it's Singapore?
 7              MR. McDONALD:  He said he didn't know, so objection.
 8              DEFENDANT DIDANI:  Okay.
 9              THE COURT:  Sustained.  Go to a new question.
10    BY DEFENDANT DIDANI:
11    Q.   Did you have any information -- since you went there, did
12    you have any information that the vessel came anywhere close to
13    Detroit?
14    A.   No.
15    Q.   So the vessel traveled directly from Ecuador to Dover?  We
16    agree with that?
17    A.   I have no idea.  Sometimes these vessels will stop off at
18    other countries on route to do drop-offs and pick up a
19    additional freight.  I didn't need to know about the journey.
20    I was only dealing with the consignment once arrived in the UK.
21    Q.   Basically you're the person just to go to port and see what
22    arrived, right, to be fair; right?
23    A.   Sorry.  Could you say that again?  Sorry.
24    Q.   Are you the person -- you're the person, the man, go to the
25    port and look?  You don't have no idea about any information;
```

1    right?

2    A.  I didn't need to know, to be fair.  I was aware there was a

3    consignment coming in, and my management had asked me to

4    supervise a search.

5    Q.  All right, Detective Crabbe.  Why you here then?

6         MR. McDONALD:  Judge --

7         THE COURT:  It's been asked and answered.  You may go

8    to a new question.

9    BY DEFENDANT DIDANI:

10   Q.  So do you have any information who that load belongs to?

11   A.  I'm aware that the -- who the customer was.  The customer

12   was the Glasgow Fruit Market in Glasgow.  And the stickers on

13   the box mentioned the company called Ernati in Ecuador.

14   Q.  All right.  So this Glasgow -- this Glasgow company is in

15   Scotland?

16   A.  Yes.

17   Q.  Is it in your area?

18   A.  Yes.

19   Q.  It's under your jurisdiction?

20   A.  As a National Crime Agency officer, I can operate anywhere

21   in the United Kingdom and Northern Ireland.

22   Q.  So Glasgow -- did you investigated the company?

23   A.  I did, yes.

24   Q.  Did you arrested anyone?

25   A.  I did, yes.

1    Q.   Did anyone went to trial there?

2    A.   Yes.

3    Q.   How many people went to trial, Mr. -- Detective Crabbe?

4    A.   There were four people went to trial.

5    Q.   So, to be fair, United Kingdom and Scotland have prosecuted

6    this case; right?

7    A.   We've prosecuted the recipients of -- the potential

8    recipients of this consignment of freight, yes.

9    Q.   But to be fair, Detective Crabbe, there is -- the

10   investigation is closed or it keep going?

11   A.   Operation Pepperoni?

12   Q.   Yes, sir.

13   A.   It's concluded, yes.

14   Q.   So it's closed?  I mean, when you say concluded, can you

15   explain?

16   A.   It's concluded as I have no further investigations for the

17   recipients of the consignment.  They've all been prosecuted,

18   and they are currently serving time within a Scottish prison.

19   Q.   Did you testify -- did you testify on that trial?

20   A.   They changed their pleas at trial before I --

21   Q.   You as a person, did you testify on that trial, as a

22   officer of National -- NCA?  Did you testify on that trial?

23   A.   I did not get the opportunity.  On the sixth day of trial,

24   they changed their pleas and entered guilty pleas.  I was due

25   to give evidence.

```
 1   Q.  So, therefore -- can you tell me, these four people that --
 2   they are English national?  What are they from?  Where they
 3   from?  Do you know anything about that?
 4   A.  I spoke to them.  I interviewed them.  They are UK
 5   nationals.
 6   Q.  On their interview, Mr. -- Detective Crabbe, did they
 7   mention anything about a gentleman named Ylli Didani?
 8             MR. McDONALD:  Objection, hearsay.
 9             THE COURT:  Why isn't it hearsay?
10             DEFENDANT DIDANI:  I was asking about his interview,
11    your Honor.
12             THE COURT:  Do you want to walk over and talk to your
13    standby counsel?
14             (Briefly off the record.)
15             DEFENDANT DIDANI:  Your Honor, I'm not asking for --
16    I'm asking if he heard my name, period.
17             THE COURT:  Well, you can ask him if he's ever heard
18    your name, but that's not what you're asking.  And it is
19    offered, it seems to me, to be for the truth of the matter
20    asserted.
21   BY DEFENDANT DIDANI:
22   Q.  Did you ever heard my name?
23             THE COURT:  No.  I just said it sounds like it's
24    offered to prove the truth of the matter asserted, which would
25    be hearsay.  Why isn't it hearsay?  Because if you want to ask
```

```
 1    him if he ever heard your name --

 2              Is that what you're asking?

 3              DEFENDANT DIDANI:  Yes, your Honor.

 4              THE COURT:  Ever in life?

 5              DEFENDANT DIDANI:  During his investigation, you know,

 6    his personal investigation.

 7              THE COURT:  Mr. McDonald, do you want to respond to if

 8    he ever heard his name as opposed to did any of these four UK

 9    nationals mention his name?

10              MR. McDONALD:  Well, again, that would be hearsay, but

11    if his question is did Agent Crabbe, in the course of his

12    investigation in Scotland, ever hear Mr. Didani's name, I don't

13    have an objection to that question.

14              THE COURT:  Okay.  You may answer that.

15              THE WITNESS:  I had never heard your name during

16    Operation Pepperoni, no.

17              THE COURT:  Okay.  You may proceed to a new question.

18              DEFENDANT DIDANI:  Thank you very much, sir.

19    BY DEFENDANT DIDANI:

20    Q.  During the investigation --

21              THE COURT:  Which investigation?

22    BY DEFENDANT DIDANI:

23    Q.  Pepperoni.  Did you have any suspect from South America,

24    Detective Crabbe?

25    A.  During Operation Pepperoni, we looked -- our investigation
```

1   focused on the importation.  So we basically focused from the

2   drugs arriving into the UK going through to the customer, the

3   end destination.  We did not work backwards, no.

4   Q.  But, to be fair, Detective Crabbe, and I'm not going to

5   hold you here all day, in your investigation you don't know who

6   sent that cocaine; right?

7   A.  I am aware it came from Ecuador.  That's all I needed to

8   know.  The drugs came in illegally into the UK.  An offense was

9   committed when it came into the UK.

10  Q.  So when did DOJ and DEA contacted you, Detective Crabbe?

11  A.  I first had contact with DEA over two years ago.  I was

12  aware at that point they had an interest in Operation

13  Pepperoni.  There was some commonalities, and they traveled to

14  Scotland to discuss my case.

15  Q.  So, Detective Crabbe, in 2021, DOJ and DEA they never

16  contacted you; right?

17  A.  Me personally, no.

18  Q.  What about your supervisor?

19  A.  I have absolutely no idea.

20  Q.  What about anyone in your department or -- did DOJ or DEA

21  contact any of you guys?

22  A.  I wouldn't be privy to that.  I have no idea.

23  Q.  So, to be fair, you just testified that DEA contact you two

24  years ago.  So that probably is what, two years after the

25  seizure?

 1   A.   It would be around two years ago they visited Scotland to

 2   discuss my operation and their operation.

 3   Q.   So the seizure was in September.  You testified the seizure

 4   was in September 2021.  I'm not sure of the date.  2021; yes?

 5   A.   Sorry, September 2020.

 6   Q.   Oh, I'm sorry, 2020.  My apologies.  And then, to be fair,

 7   the DEA contacted you two years later after their seizure;

 8   right?

 9   A.   The DEA --

10   Q.   Or the Department of Justice, both of them?

11   A.   So they didn't contact me directly.  They contacted my

12   management, because they were visiting the UK in order to

13   discuss our two cases.

14   Q.   But they contact your department; right?

15   A.   They contacted my organization, because they were looking

16   to visit the UK to discuss my operation and their operation,

17   yes.

18   Q.   So that is two years after the seizure?

19   A.   That would be around about that, yes.

20   Q.   But before that they never contacted you?

21   A.   Not me personally, no.

22   Q.   Do you know if they contact anyone from the office?

23   A.   I wouldn't know that.

24   Q.   Did it come to surprise to you coming testifying here in

25   Detroit about something that happened in Scotland?

1    A.   Not really, no.

2    Q.   Does that happen all the time with you, sir?

3    A.   It doesn't happen all the time, but it's an international

4    defense we had with importation of controlled drugs.  We don't

5    grow cocaine in Scotland or the UK.  Therefore, there has to be

6    an importation element.  The vast majority of the cocaine I

7    know comes from South America.

8    Q.   I didn't ask you about South America.  I said Detroit, sir.

9             THE COURT:  He answered your question.  Go to your

10    next question.

11   BY DEFENDANT DIDANI:

12   Q.   All the four people, they went to trial, Detective Crabbe,

13   you said that they signed -- they make a plea agreement; right?

14   A.   That's correct.

15   Q.   Do you know -- can you -- do you know how much time each

16   one of them got?

17            MR. McDONALD:  Objection, relevance.

18            THE COURT:  How is it relevant?

19            DEFENDANT DIDANI:  Your Honor, I'm asking questions

20    about --

21            THE COURT:  I know, but it's not relevant, because

22   this jury doesn't have anything to do with sentencing.  So I

23   don't know why it would be relevant in this proceeding that

24   they would hear what the sentence was for others in a foreign

25   country.

```
1              DEFENDANT DIDANI:  Well, your Honor, the jury need to
2    hear, because -- I'm not sure why this gentleman is over here
3    to proceed to testify anyways.
4              THE COURT:  You may argue that later.
5              But I probably should have asked Mr. McDonald if you
6    have an objection to what penalty they received?
7              MR. McDONALD:  I raised the objection.  I think it's
8    irrelevant, the penalty they may or may not have received in
9    Scotland, to this case today.
10             THE COURT:  Okay.  You can't raise it.  I'm sorry.
11   And I don't think it's relevant.  And I've already told the
12   jury not to be concerned with the sentence, because the
13   sentence is not something they decide.  And so it's not
14   relevant and you may go to a new question.
15   BY DEFENDANT DIDANI:
16   Q.  All right, Detective Crabbe.  Did you had a chance to see
17   what's going on while you here in Detroit?  Did you analyze it?
18   Did they give you any testimony or anything?
19   A.  I'm sorry.  Could you say the -- start again?
20   Q.  Did you had a chance to see why you coming here in Detroit?
21   A.  I was told I'd be coming here, and I was to talk about the
22   consignment of cocaine that was seized at Dover that was
23   basically Operation Pepperoni.
24   Q.  Okay.  But did the DOJ and DEA told you who you testifying
25   against?
```

1    A.   I'm aware of a name, Didani, yes.

2    Q.   And this name, Didani, was never brought up in your

3    Pepperoni -- or Operation Pepperoni; right?

4    A.   That's correct, yes.

5    Q.   You didn't question yourself why I have to testify against

6    Mr. Didani?

7    A.   No, because I -- I'm aware having met that there was an

8    interest in every load we had, and the DEA were also interested

9    in the consignment that had come from Ecuador to the UK.

10   Q.   Okay.  What other load?

11   A.   I'm sorry?

12   Q.   What other load you talking about?

13   A.   From the load that came into Dover, the DEA had an interest

14   on that, and because I investigated that side of things in the

15   UK.

16   Q.   Are we talking specifically for that load in Dover or are

17   we talking about other loads?  DEA come out there to talk about

18   other loads there in interest or specifically for this load?

19   A.   DEA spoke to me about the load at Dover that I've been

20   questioned about earlier today, yes.

21   Q.   There is another -- specifically talk about other loads, or

22   no?

23   A.   There were other consignments of bananas came in from

24   Ecuador for Glasgow Fruit Market, both prior and after the

25   cocaine was found.

```
 1    Q.   All right.  And those talked to -- to be fair, two years
 2    after the seizure; right?
 3    A.   It would be around two years later, yeah.
 4    Q.   And why your country is not interested in Mr. Didani?
 5    A.   I wasn't aware of the name, Didani, when I was doing -- I
 6    didn't need to be.  I was interested in the people who had
 7    imported the cocaine into the UK.  We didn't look at anybody
 8    else overseas.
 9    Q.   Why not?
10    A.   Because the strategic decision would be to have gone with
11    the people who imported it into the UK who were the end
12    customer.
13    Q.   So what are you telling me?  UK doesn't look nothing in
14    Colombia, whoever send in the UK?  They don't look over?
15    A.   No, I'm not saying that.  I'm saying on this particular
16    occasion we were told to focus on the UK customer.
17    Q.   Again, who told you to focus on the UK customer?
18    A.   My managers.
19    Q.   And what about the customers in Ecuador, why you didn't
20    focus?
21    A.   There was no need for me to go to Ecuador.  We were focused
22    on the people around the Glasgow Fruit Market.
23    Q.   So, if there was no need for you to focus on the people in
24    Ecuador, why you come here today to testify?
25              MR. McDONALD:  Judge, how many times are we going
```

1  to --

2           THE COURT:  Asked and answered.  Go to a new question.

3  BY DEFENDANT DIDANI:

4  Q.   Now, since you know Mr. Didani, your country would be

5  interested tomorrow to extradite me in your country?

6           THE COURT:  I' sorry.  We didn't hear that.

7  BY DEFENDANT DIDANI:

8  Q.   Now, since you know Mr. Didani --

9           THE COURT:  Excuse me.  Say it a little slower,

10  please.

11  BY DEFENDANT DIDANI:

12  Q.   Now, since you know Mr. Didani that is in front of you,

13  your country would be interested to extradite Mr. Didani in UK?

14           MR. McDONALD:  Judge, again, I don't know how this is

15  relevant either.

16           THE COURT:  I don't either.

17           How is it relevant?

18           MR. McDONALD:  Objection.

19           DEFENDANT DIDANI:  Your Honor --

20           THE COURT:  How is it relevant whether they will be

21  interested in you?

22           DEFENDANT DIDANI:  Well, your Honor, this become to he

23  said, she said, Dover, Scotland.  This is what this case is

24  becoming right now, your Honor.  And I'm confused what this --

25  this witness knows everything about Pepperoni, but he comes

1    here and has no idea who he's testifying against.  So I'm

2    trying to figure out right now, your Honor.  And the Government

3    is objecting --

4            THE COURT:  It's not relevant to figuring that out

5    whether they're going to extradite you.  So that's sustained,

6    and you may go to a new question, because it has nothing to do

7    with what the jury will decide.

8    BY DEFENDANT DIDANI:

9    Q.  Did the Government, DOJ and DEA, ask you to provide

10   information about Operation Pepperoni?

11           THE COURT:  You had asked that, too.  Go to a new

12   question.  He's answered that question.

13           DEFENDANT DIDANI:  Not the provided information, your

14   Honor.

15           THE COURT:  You may go to a new question, Mr. Didani.

16   BY DEFENDANT DIDANI:

17   Q.  So let's make it clear, Detective.  Mr. Didani was never

18   under the Pepperoni investigation?

19   A.  You were never under Pepperoni investigation, no.

20   Q.  You never knew Mr. Didani before today?

21           THE COURT:  You've asked that, too.  Go to a new

22   question.

23           DEFENDANT DIDANI:  No further questions, your Honor.

24           THE COURT:  All right.  Very well.

25           Do you have redirect?

1          MR. McDONALD:  No, I don't.  No further questions.

2     Thank you.

3          THE COURT:  Okay, sir.  Thank you for coming, and you

4     may step down.

5          Is this witness excused?

6          MR. McDONALD:  I would request that the Court excuse

7     this witness.

8          THE COURT:  Okay.  Do you have any objection to that?

9          DEFENDANT DIDANI:  No objection, your Honor.

10         THE COURT:  Very well.  Thank you for coming.  Travel

11    safely.

12         (End of excerpt at 1:06 p.m.)

13                    _   _   _

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2

 3                    CERTIFICATE OF COURT REPORTER

 4

 5         I, Sheila D. Rice, Official Court Reporter of the

 6    United States District Court, Eastern District of Michigan,

 7    appointed pursuant to the provisions of Title 28, United States

 8    Code, Section 753, do hereby certify that the foregoing pages

 9    is a correct transcript from the record of proceedings in the

10    above-entitled matter.

11

12

13                         s/Sheila D. Rice
                           Sheila D. Rice, CSR-4163, RPR, RMR, FCRR
14                         Federal Official Court Reporter
                           United States District Court
15                         Eastern District of Michigan

16
      Date:  04/11/2025
17    Detroit, Michigan.

18

19

20

21

22

23

24

25
```