1          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF MICHIGAN**
2                 **SOUTHERN DIVISION**

                      —   —   —
3

UNITED STATES OF AMERICA,
4
                Plaintiff,
5
     v.                                Case No. 21-20264
6
YLLI DIDANI,
7
                Defendant.
8   _____/

9              **JURY TRIAL - VOLUME 7 - EXCERPT**
            **(Testimony of Brandon Leach, Part 1-A)**
10         **BEFORE THE HONORABLE DENISE PAGE HOOD**
                **UNITED STATES DISTRICT JUDGE**
11
            Theodore Levin United States Courthouse
12               231 West Lafayette Boulevard
                      Detroit, Michigan
13               Monday, February 24, 2025
   **APPEARANCES:**
14
    **For the Plaintiff:**      Mark Bilkovic
15                              Timothy McDonald
                                UNITED STATES ATTORNEY'S OFFICE
16                              211 W. Fort Street, Suite 2001
                                Detroit, Michigan  48226
17                              (313) 226-9623

18   **For the Defendant:**     Ylli Didani
                                Appearing in Pro Se
19
                                Wade Fink
20                              WADE FINK LAW, P.C.
                                550 W. Merrill Street, Suite 100
21                              Birmingham, Michigan  48009
                                (248) 712-1054
22                              (Appearing as Standby Counsel)

23   **Also present:**          Special Agent Chad Hermans
                                Maria DiCarlo, Paralegal
24

25       *To obtain a copy of this official transcript, contact:*
              *Sheila D. Rice  Official Court Reporter*
           *(313) 234-2610 • sheila_rice@mied.uscourts.gov*

1 **TABLE OF CONTENTS**

2 MATTER_____PAGE

3 **JURY TRIAL - VOLUME 7 - EXCERPT**

4 **Government's Case in Chief - (Continued)**

5 **BRANDON LEACH**

6 Direct examination by Mr. Bilkovic.................  4

7 Certificate of Court Reporter....................... 23

8

9

10

11

12

13

14 E X H I B I T   I N D E X

15

16

| Exhibit No. | Description | Identified | Admitted |
|---|---|---|---|
| Government's 1.4 | Photograph | 15 | 16 |
| Government's 1.5 | Photograph | 14 | 15 |
| Government's 1.6 | Photograph | 16 | 17 |

17

18

19

20

21

22

23

24

25

```
 1   Detroit, Michigan
 2   Monday, February 24, 2025
 3   11:27 a.m.
 4                                    _   _   _
 5        (Beginning of Excerpt.)
 6        MR. BILKOVIC:  May the Government call our next
 7   witness?
 8            THE COURT:  Yes, please.
 9            MR. BILKOVIC:  We call Brandon Leach.
10            THE COURT:  Raise your right hand, sir.
11        (Oath administered.)
12            THE COURT:  You may be seated.
13        Do you have any devices that are going to go off
14   during court?
15            THE WITNESS:  I do not.
16            THE COURT:  State your full name for the record and
17   spell your last name, please.
18            THE WITNESS:  Brandon Leach, L-E-A-C-H.
19            THE COURT:  Okay.  Thank you.
20            MR. BILKOVIC:  Sir, can you bring the microphone just
21   a little bit closer to you so it magnifies.  You can actually
22   pull up your chair and make it move.
23            THE WITNESS:  There we go.
24            THE COURT:  No, the chair won't go forward.  You'll
25   have to move the mic.
```

```
 1              THE WITNESS:  Is this better?

 2              MR. BILKOVIC:  Much better.

 3              THE COURT:  And talk loudly; okay?

 4              THE WITNESS:  Yes, ma'am.

 5                        *        *        *

 6                     BRANDON LEACH,

 7         was called as a witness at 11:28 a.m. after having been

 8         duly sworn to testify to the truth.

 9                        *        *        *

10                    DIRECT EXAMINATION

11    BY MR. BILKOVIC:

12    Q.  A couple rows in front of you there's an exhibit book of

13    things that I'm going to ask you about, and then there's also a

14    mouse there that I might ask you to point to some things on the

15    screen.  When you do that, don't hit the clicker.  Just scroll,

16    because if you hit the clicker it's going to shut her stuff

17    off.

18    A.  Okay.

19    Q.  Yes?

20    A.  Yes.

21    Q.  Okay.  Also, no unh-unhs, uh-huhs.  Everything has got to

22    be, as you know, a verbal response.

23    A.  Yes.

24    Q.  And pull the mic closer to you, because now you leaned back

25    a little bit.
```

```
 1              How are you employed?
 2   A.   I'm a police officer with the City of Farmington Hills
 3   Police Department.
 4   Q.   How long have you been a police officer with Farmington
 5   Hills?
 6   A.   Since May of 2006.
 7   Q.   So approximately 19 years?
 8   A.   Yes.
 9   Q.   And what is your current assignment?
10   A.   I'm currently assigned as a detective in our Investigations
11   Bureau.
12   Q.   How long have you been a detective?
13   A.   Approximately two and a half years.
14   Q.   Let me ask you to pull the mic a little closer.
15   A.   June of 2022.
16              THE COURT:  I'm sorry.  I didn't hear that.  June ...
17              THE WITNESS:  June of 2022, your Honor.
18              THE COURT:  Okay.
19   BY MR. BILKOVIC:
20   Q.   Approximately two and a half years?
21   A.   Yes.
22   Q.   And approximately -- as far as size of the police
23   department, how many officers are in the Farmington Hills
24   Police Department?
25   A.   I'd say approximately 115.
```

1   Q.   And how many detectives are there?

2   A.   We have 12 currently assigned to the Investigations Bureau.

3   Q.   What are your duties as a detective with the Farmington

4   Hills Police Department?

5   A.   I'm assigned an array of investigations stemming from

6   low-level misdemeanor property crimes all the way up through

7   homicides, drug trafficking, child abuse.

8   Q.   And prior to becoming a detective with the Farmington Hills

9   Police Department what was your assignment?

10  A.   I was assigned to the Drug Enforcement Administration, DEA

11  Detroit Field Division Group 6.

12  Q.   And when you were assigned to the Drug Enforcement

13  Administration in Detroit, Group 6, what period of time was

14  that?

15  A.   I started in January of 2016 with Group 6, and I was

16  officially sworn in federally in June of 2016.

17  Q.   And you remained there until when?

18  A.   Full time until I went into the Detective Bureau in June of

19  2022.

20  Q.   And what was your position with the DEA?

21  A.   I was officially a task force officer.

22  Q.   And how does that come about?  How does somebody in a state

23  or local police department become a task force officer with the

24  federal agency?

25  A.   So within the Drug Enforcement Administration there's

1    several task force groups that are made up of agents, agents

2    from other federal entities, along with state and local sworn

3    officers.

4    Q.  So is this something that's common within the DEA?

5    A.  Yes, it is.

6    Q.  And do you know whether or not it's common in other

7    agencies as well such as the FBI to have local officers as task

8    force officers?

9    A.  Yes.

10   Q.  And so you indicated you were part of Group 6.  What does

11   that mean?

12   A.  So there's multiple groups within the DEA Detroit Field

13   Division.  Each one is usually assigned a number or a name such

14   as like -- we have enforcement groups, we have a tactical

15   diversion group, an asset recovery group, a tech group, airport

16   interdiction group.  Group 6 was a high intensity drug

17   trafficking area enforcement group.

18   Q.  And when you were in Group 6 approximately -- I'm sure it

19   would fluctuate, but approximately how many agents and task

20   force officers were there combined?

21   A.   I'd say at any time obviously it was rotational due to the

22   local police departments usually had like a time perimeter on

23   most of their officers.  So they rotate in and out, but I would

24   say approximately ten to 15 at any given time.

25   Q.  And what were your duties as a task officer with the DEA?

1    A.   We're to identify local suspects as well as in country, out

2    of country, any suspects identified in possessing, controlling,

3    manufacturing and trafficking controlled substances.

4    Q.   And did you then investigate instances where you were able

5    or other agents were able to uncover evidence of those things

6    taking place?

7    A.   Yes.  Once we identify suspects or targets we build out an

8    organizational group, and then we attempt to take down that

9    group.

10   Q.   And when you were with Group 6 would you work on

11   investigations within Group 6 by yourself or would there be

12   other TFOs or DEA agents that would work with you?

13   A.   Usually it's a group effort.

14   Q.   And what type of law enforcement training have you had?

15   A.   I had extensive training.  Specifically to controlled

16   substances, I would say I've been to Michigan State's

17   investigative school, the DEA task force officer school, been

18   through domestic cartel training, interviewing and

19   interrogation training, covert surveillance, undercover

20   narcotics training.

21   Q.   Have you had any training in the area of money laundering?

22   A.   And money laundering, yes.

23   Q.   Now, I believe that you indicated that the DEA would also

24   have other federal law enforcement partners from other agencies

25   working with you in investigations also?

1    A.   Correct.  So sometimes they would actually be assigned to

2    the group.  We're called task force agents due to the fact

3    there were agents with other entities.  And sometimes we would

4    work with external agents that weren't actually associated with

5    the group, but there was overlapping elements of a case that

6    led you guys to collaborate in an investigation.

7    Q.   What agencies, federal agencies, would be involved?

8    A.   Border Patrol, Customs and Border Protection, HSI.

9    Q.   HSI is Homeland Security Investigations?

10   A.   Yes, Alcohol, Tobacco and Firearms.

11   Q.   I'm sorry?

12   A.   ATF.

13   Q.   Alcohol, Tobacco and Firearms I think you said?

14   A.   Yes.

15   Q.   What about the FBI?

16   A.   FBI as well.

17   Q.   And is this -- the investigation of Ylli Didani, were you

18   part of that investigation?

19   A.   Yes, I was.

20   Q.   And was this an investigation that involved multiple

21   agencies?

22   A.   Yes, it was.

23   Q.   Do you recall some of the other agencies that assisted in

24   this investigation?

25   A.   Customs and Border Protection, Border Patrol.  We had some

1   of our county, Oakland County, affiliates help, Sterling

2   Heights PD task force officer.

3   Q.   Do you know Derek Newsome?

4   A.   Yes, I do.

5   Q.   How is it that you know Derek Newsome?

6   A.   He's with the Internal Revenue Service, Criminal Division.

7   He was also associated with this case.

8   Q.   And do you know Special Agent Chad Hermans who's seated at

9   our prosecution table?

10  A.   Yes, I do.

11  Q.   And is he somebody that you worked with in this

12  investigation also?

13  A.   Yes, he is.

14  Q.   When did you become part of this investigation or start

15  working on the investigation?

16  A.   I was briefed on this case in November of 2017.

17  Q.   And who was it that briefed you?

18  A.   It was Border Patrol Officer Josh Bianchi.

19  Q.   And was he assigned with the DEA at the time, if you know?

20  A.   I don't recall if he was assigned particularly to a group

21  at that time frame.

22  Q.   And did you end up working with Agent Bianchi?

23  A.   Yes, I did.

24  Q.   On this investigation?

25  A.   Yes.

1   Q.   And during the investigation did you come across and learn

2   information about various individuals?

3   A.   Yes.

4           MR. BILKOVIC:  Now, some of these have already been

5   admitted into evidence, your Honor, and some have not.  I'm

6   going to be showing him photographs, Government's Exhibits 1.0

7   through 1.3, and then I'm going to be seeking to admit through

8   him 1.4 through 1.8.

9           Would I have permission, assuming the Court admits the

10  ones that have not been admitted, to publish those to the jury,

11  or you would like me to ask every time?

12          THE COURT:  I'm sorry.  You want to know whether or

13  not you should ask them to be admitted first?

14          MR. BILKOVIC:  Once they're admitted, does the Court

15  want me to ask to publish every single time or will the

16  Court --

17          THE COURT:  No.  You can just publish them once

18  they're admitted.

19          MR. BILKOVIC:  Thank you.

20          Okay.  Could we put up --

21          Judge, would it be possible for Mr. McDonald to come

22  over and do the light switch?

23          THE COURT:  Yes.  I think he knows what lights are

24  impacted.

25          MR. BILKOVIC:  Thank you, your Honor.

```
 1                 MR. McDONALD:  I'm very experienced at this point.
 2                 MR. BILKOVIC:  Can we put up Government's Exhibit 1.0
 3      that's already previously been admitted.
 4      BY MR. BILKOVIC:
 5      Q.   Do you recognize the individual in this photograph?
 6      A.   Yes, I do.
 7      Q.   And who is that?
 8      A.   Eric Puzio.
 9      Q.   And how is it that you know who Eric Puzio is?
10      A.   He's an associate of Mr. Didani who was residing in the
11      Eastern District of Michigan at the time of this investigation.
12      Q.   And can you --
13      A.   At least part of the time.
14      Q.   I'm sorry?
15      A.   At least part of the time of this investigation.
16                 MR. BILKOVIC:  And can we go to Government's Exhibit
17      1.1, which is previously admitted.
18      BY MR. BILKOVIC:
19      Q.   Do you recognize this individual?
20      A.   Yes, I do.
21      Q.   And who is this?
22      A.   This is Donald Larson.
23      Q.   And how is it that you know Mr. Larson?
24      A.   Mr. Larson is a co-conspirator of Mr. Didani, also residing
25      in the Eastern District of Michigan.
```

13

```
 1    Q.   Now, have you had contact with Mr. Larson?

 2    A.   Yes.

 3    Q.   And do you recall when that was?

 4    A.   In September of 2019.

 5    Q.   And how did that contact come about?

 6    A.   We executed search warrants of his business, his residence,

 7    and had a federal complaint authorized and conducted an

 8    interview following his arrest on that date.

 9    Q.   And can you look at 1.2.

10           MR. BILKOVIC:  Can we bring 1.2 up.

11           THE WITNESS:  This is Martin Tibbitts.

12    BY MR. BILKOVIC:

13    Q.   1.2 is who?

14    A.   Martin Tibbitts.

15    Q.   And how does Mr. Tibbitts fit into this?

16    A.   Mr. Tibbitts was also a conspirator of Mr. Didani's

17    residing in the Eastern District of Michigan.

18    Q.   And can we go to 1.3.  Do you know this individual?

19    A.   Yes, I do.

20    Q.   And who is this?

21    A.   This is Peter Synowiec.

22    Q.   And how does Mr. Synowiec pertain to the investigation

23    generally?

24    A.   Mr. Synowiec is also an associate of Mr. Didani living in

25    the Eastern District of Michigan.
```

Jury Trial - Volume 7 - Excerpt  -  February 24, 2025

1   Q.  Was he living in the Eastern District of Michigan during

2   the investigation?

3   A.  Yes, he was.

4   Q.  Are you aware of any businesses that he owns?

5   A.  He owns Cattleman's Meat Market in Taylor, Michigan and

6   then a second Cattleman's in Center Line, Michigan.

7           MR. BILKOVIC:  Okay.  Don't bring this one up yet.

8   BY MR. BILKOVIC:

9   Q.  If you can look in your book at Government's proposed

10  Exhibit 1.5.

11  A.  Yes.

12  Q.  Do you recognize the person in this photograph?

13  A.  I do.

14  Q.  And who is this?

15  A.  This is Alexander Meskouris.

16  Q.  How does Mr. Meskouris fit into this investigation?

17  A.  He is a real estate agent based out of New York that was

18  utilized by Mr. Didani.

19          MR. BILKOVIC:  Your Honor, at this time I would move

20  for admission into evidence of Government's proposed Exhibit

21  1.5 and publish it to the jury once it's admitted.

22          THE COURT:  We're on 1.4 or 1.5?

23          MR. BILKOVIC:  One point -- oh, no, I'm sorry.  I

24  skipped 1.4.  I went to 1. --

25          THE COURT:  So this is 1.5?

```
1              MR. BILKOVIC:  Yes.  I'm sorry.
2              THE COURT:  Okay.  Very well.
3              Any objection to 1.5, Mr. Didani?
4              DEFENDANT DIDANI:  No, your Honor.
5              THE COURT:  Very well.  It's admitted.
6    BY MR. BILKOVIC:
7    Q.   And this is Alexander Meskouris?
8    A.   Yes, it is.
9    Q.   Okay.  Can you take a look at Government's proposed Exhibit
10   1.4 and tell me if you recognize the person in that photograph?
11   A.   Yes, I do.
12   Q.   And who is that?
13   A.   This is Philip Daskal.
14             THE COURT:  Philip what?
15             THE WITNESS:  Daskal, D-A-S-K-A-L.
16   BY MR. BILKOVIC:
17   Q.   And do you know anything about Mr. Daskal with respect to
18   this investigation?
19   A.   Yes.  He's a vice president of sales for a company called
20   INKAS Armored Manufacturing out of Canada, and he had dealings
21   with Mr. Didani for the purchase of vehicles.
22   Q.   And INKAS is spelled I-N-K-A-S?
23   A.   That is correct.
24             MR. BILKOVIC:  Your Honor, at this time I would move
25    for admission into evidence of Government's proposed Exhibit
```

16

1    1.5.

2              THE COURT:  Do you have any objection?

3              DEFENDANT DIDANI:  No objection, your Honor.

4              THE COURT:  Very well.  1.4 is admitted.

5              MR. BILKOVIC:  And can we publish it to the jury?

6              THE COURT:  Yes.

7              MR. BILKOVIC:  Thank you.

8    BY MR. BILKOVIC:

9    Q.   And again, this is just a photograph of Mr. Daskal?

10   A.   Yes, it is.

11   Q.   And have you had an opportunity to meet with Mr. Daskal

12   during this investigation?

13   A.   Yes, I have.

14   Q.   Okay.  Can you look at the proposed Government's proposed

15   Exhibit 1.6?

16   A.   Yes.

17   Q.   And what is Government's proposed Exhibit 1.6?  Do you

18   recognize it?

19   A.   I do.  This is a photograph of -- forgive me if I pronounce

20   it wrong, but Fatjon Bajrami.

21   Q.   And are you aware during this investigation where

22   Mr. Bajrami was living?

23   A.   Yes.  He was based on a suburb outside of Chicago,

24   Illinois.

25   Q.   And do you know whether or not he is an associate of

1   Mr. Didani?

2   A.   Yes, he is.

3            MR. BILKOVIC:  Your Honor, at this time I would move

4   for admission into evidence of Government's proposed Exhibit

5   1.6.

6            THE COURT:  Any objection?

7            DEFENDANT DIDANI:  No objection.

8            THE COURT:  Very well.  1.6 is admitted.

9            MR. BILKOVIC:  And I would ask to publish it to the

10  jury.

11           THE COURT:  You may.

12  BY MR. BILKOVIC:

13  Q.   And you indicated Fatjon Bajrami.  Is the first name

14  F-A-T-J-O-N?

15  A.   Yes, it is.

16  Q.   Last name B-A-J-R-A-M-I?

17  A.   Correct.

18           THE COURT:  Spell his first name again.

19           MR. BILKOVIC:  F-A-T-J-O-N.

20           THE COURT:  Okay.

21  BY MR. BILKOVIC:

22  Q.   And can you look at Government's proposed Exhibit 1.7.

23  A.   Yes.

24  Q.   And do you recognize the individual depicted in that

25  photograph?

1    A.   I do.  This is Dayiberto Torres-Rosario.

2    Q.   Dayiberto, do you know how to spell that?

3    A.   D-A-Y-I-B-E-R-T-O.

4    Q.   And what about Torres?

5    A.   T-O-R-R-E-S.

6    Q.   And Rosario?

7    A.   R-O-S-A-R-I-O.

8    Q.   During this investigation, was Mr. Torres-Rosario -- do you

9    know where he was living?

10   A.   Yes.  He was living in two known locations, one in the

11   Dominican Republic and another one in Guayaquil, Ecuador.

12   Q.   During the investigation were you --

13             THE COURT:  I'm sorry.  I didn't hear the last place.

14             THE WITNESS:  Guayaquil, Ecuador.

15             THE COURT:  Okay.

16   BY MR. BILKOVIC:

17   Q.   During the investigation, were you able to uncover an

18   association between him and Mr. Didani?

19   A.   Yes, I was.

20   Q.   And do you know during the investigation if you were able

21   to determine whether or not Mr. Torres-Rosario had any

22   nicknames?

23   A.   He also went by the name of Mefi, M-E-F-I.

24   Q.   Can you look at Government's proposed Exhibit 1.8 and tell

25   me if you recognize that?

1    A.   Yes, I do.

2    Q.   What is that?

3    A.   This is a photograph of Thomas Sweeney, S-W-E-E-N-E-Y.

4    Q.   During the investigation, do you know where Mr. Sweeney was

5    living?

6    A.   Mr. Sweeney is a British national that is residing in Dubai

7    UAE.

8    Q.   Do you know whether or not Mr. Sweeney, during the

9    investigation, whether you were able to uncover or determine

10   any nicknames that Mr. Sweeney went by?

11   A.   Yes.  He went by the moniker Loma or Lomachenko.

12   Q.   Loma is spelled L-O-M-A?

13   A.   Correct.

14   Q.   Lomachenko, L-O-M-A-C-H-E-N-K-O?

15   A.   That's correct.

16   Q.   And what role did he have during your investigation, just

17   generally?

18   A.   Co-conspirator with Mr. Didani.

19            THE COURT:  A what?

20            THE WITNESS:  Co-conspirator.

21   BY MR. BILKOVIC:

22   Q.   Now, I don't have a photograph, but during your

23   investigation are you familiar with the name Belinda Tibbitts?

24   A.   I am.

25   Q.   And how are you familiar with the name Belinda Tibbitts?

1    A.   Belinda Tibbitts is the widow of Martin Tibbitts.

2    Q.   And do you know where she was living during the

3    investigation?

4    A.   She spent time between Grosse Pointe Park, Michigan and

5    Pleasanton, California.

6    Q.   And have you met with Ms. Tibbitts?

7    A.   Yes, I have.

8    Q.   Have you interviewed her?

9    A.   Yes, I have.

10   Q.   And do you know the defendant in this case, Ylli Didani?

11   A.   Do I know him?

12   Q.   Yes.

13   A.   Yes.

14   Q.   During the investigation, do you know where Mr. Didani was

15   living?

16   A.   Mr. Didani lived in an array of locations.

17   Q.   Such as?

18   A.   Eastern District of Michigan, Chicago, the Dominican,

19   Ecuador.

20   Q.   When you say the Dominican, you're talking about Dominican

21   Republic?

22   A.   Dominican Republic, yeah.  I'm sorry.

23   Q.   And do you know whether Mr. Didani has any family in the

24   United States?

25   A.   Yes, he does.

1   Q.   Do you know what family members he has in the United

2   States?

3   A.   He has a mother and father that reside in Elmwood Park,

4   Illinois.

5   Q.   That reside where?  I'm sorry.

6   A.   Elmwood Park.

7   Q.   Elmwood Park?

8   A.   Yes.

9   Q.   Now, when you got involved in this investigation in 2017,

10   did you eventually become one of the lead investigative agents?

11   A.   Yes.

12          THE COURT:  Okay.  This is a good place to stop today.

13   All right.

14          When we are we coming back tomorrow, 9:00 or 9:30?

15          MR. BILKOVIC:  What's your pleasure?

16          THE COURT:  9:30, okay.

17          Is that what you have, too, jurors?

18          Okay.  Remember that you're not permitted to talk

19   about the case among yourselves or anyone else until I tell you

20   it's time to deliberate.  And don't use any social media or any

21   other computer program or anything to find out anything about

22   anybody involved in the case, any place in the case or anything

23   about any of the objects of the case, okay.

24          And have a good evening and I'll see you tomorrow

25   morning.  You may step down.

22

```
 1              Please rise for the jury.
 2              (The jury left the courtroom at 11:46 a.m.)
 3              THE COURT:  Mr. Leach, I'm sorry.  You must also step
 4    down, but I'd like you to come back tomorrow in time to be on
 5    the stand at 9:30 if you would, please.
 6              THE WITNESS:  I will.
 7              THE COURT:  Please don't discuss your testimony with
 8    anyone.
 9              THE WITNESS:  I will not.
10              (End of excerpt at 11:47 a.m.)
11                        _   _   _
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2                    CERTIFICATE OF COURT REPORTER
 3
 4         I, Sheila D. Rice, Official Court Reporter of the
 5    United States District Court, Eastern District of Michigan,
 6    appointed pursuant to the provisions of Title 28, United States
 7    Code, Section 753, do hereby certify that the foregoing pages
 8    is a correct transcript from the record of proceedings in the
 9    above-entitled matter.
10
11
12                         s/Sheila D. Rice
                           Sheila D. Rice, CSR-4163, RPR, RMR, FCRR
13                         Federal Official Court Reporter
                           United States District Court
14                         Eastern District of Michigan
15
      Date:  04/11/2025
16    Detroit, Michigan.
17
18
19
20
21
22
23
24
25
```