| 1 | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF MICHIGAN** |
| 2 | **SOUTHERN DIVISION** |

- - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                Case No. 21-20264

YLLI DIDANI,

                Defendant.
_____/

**JURY TRIAL - VOLUME 15 - EXCERPT**
**Testimony of Manuel Rego**
**BEFORE THE HONORABLE DENISE PAGE HOOD**
**UNITED STATES DISTRICT JUDGE**

Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan
Wednesday, March 12, 2025

**APPEARANCES:**

| **For the Plaintiff:** | Mark Bilkovic |
| | Timothy McDonald |
| | UNITED STATES ATTORNEY'S OFFICE |
| | 211 W. Fort Street, Suite 2001 |
| | Detroit, Michigan  48226 |
| | (313) 226-9623 |

| **For the Defendant:** | Ylli Didani |
| | Appearing in Pro Se |
| | |
| | Wade Fink |
| | WADE FINK LAW, P.C. |
| | 550 W. Merrill Street, Suite 100 |
| | Birmingham, Michigan  48009 |
| | (248) 712-1054 |
| | (Appearing as Standby Counsel) |

| **Also Present:** | Special Agent Chad Hermans |
| | Maria DiCarlo, Paralegal |

*To obtain a copy of this official transcript, contact:*
*Sheila D. Rice  Official Court Reporter*
*(313) 234-2610 • sheila_rice@mied.uscourts.gov*

1               **TABLE OF CONTENTS**

2    MATTER_____PAGE

3    **JURY TRIAL - VOLUME 15 - EXCERPT**

4    **Government's Case in Chief (Continued)**

5    **MANUEL REGO**
     Direct examination by Mr. Bilkovic..................  4
6    Cross-examination by Defendant Didani...............  12
     Redirect examination by Mr. Bilkovic................  18
7    Recross examination by Defendant Didani.............  20

8    Certificate of Court Reporter.......................  21

9

10

11

12                    E X H I B I T   I N D E X

13

     Exhibit No.          Description          Identified   Admitted
14
     None
15

16

17

18

19

20

21

22

23

24

25

1    Detroit, Michigan

2    Wednesday, March 12, 2025

3    1:37 p.m.

4                             —    —   —

5              (Beginning of excerpt.)

6              THE COURT:  Okay.  Is this your next witness?

7              MR. BILKOVIC:  I did not see him go up there, your

8    Honor.  I apologize.  This is the next witness.  I'm sorry.

9              THE COURT:  Step down, okay, just for a second to be

10   sworn in.  Raise your right hand.

11             (Oath administered.)

12             THE COURT:  All right.  We can see you're pretty eager

13   to testify.

14             MR. BILKOVIC:  Your Honor, I literally asked my agent

15   where is he and he pointed up there.

16             THE COURT:  I know, and then suddenly he's in the

17   chair.

18             Tell us your name and spell your last name for the

19   record.  And you need to speak to this part of the microphone,

20   okay.

21             THE WITNESS:  Yeah.  Do you hear me?  Okay.

22             My name is Manuel Rego, R-E-G-O.

23                        *        *          *

24                        MANUEL REGO,

25        was called as a witness at 1:37 p.m. after having been

1                  duly sworn to testify to the truth.

2                          *          *          *

3                          DIRECT EXAMINATION

4    BY MR. BILKOVIC:

5    Q.   Sir, how are you employed?

6            THE COURT:  Did you provide your whole name?

7            THE WITNESS:  Yes.

8            THE COURT:  Just R-E-G-O?

9            THE WITNESS:  Yes.

10   BY MR. BILKOVIC:

11   Q.   Your first name is Manuel?

12   A.   Manuel, yes.

13   Q.   Manuel.

14           THE COURT:  Okay.  That's what I wanted to know --

15           THE WITNESS:  Yeah.

16           THE COURT:  -- your full name.

17           THE WITNESS:  Manuel Rego.

18   BY MR. BILKOVIC:

19   Q.   And can you spell Manuel?

20   A.   M-A-N-U-E-L.

21           THE COURT:  Thank you.

22           MR. BILKOVIC:  May I proceed, your Honor?

23           THE COURT:  You may now proceed.

24           MR. BILKOVIC:  Thank you.

25

```
 1    BY MR. BILKOVIC:
 2    Q.   How are you employed?
 3    A.   I'm an agent with the Drug Enforcement Administration,
 4    special agent.
 5    Q.   How long -- the DEA?
 6    A.   Yes.
 7    Q.   How long have you been employed as a special agent with the
 8    DEA?
 9    A.   In May it will be 20 years.
10    Q.   So 2005?
11    A.   Yes.
12    Q.   And did you have any prior law enforcement experience prior
13    to coming to the DEA?
14    A.   Yes.  I began in 2002 with Immigration and Naturalization
15    Service, which was -- later became the Customs and Border
16    Protection.
17    Q.   And did you work there from 2002 then to 2005?
18    A.   Yes, I did.
19    Q.   And what assignments have you had with the DEA since you
20    began in 2005, starting with your earliest assignment?
21    A.   Well, out of the academy I went to JFK Airport in New York
22    where I was there for eight and a half years.  From there I
23    went to the New York division where I was in Group D-35 for two
24    years.  From there I was selected to the Strike Force Bilateral
25    Investigations Unit where I remained until 2017.
```

1             In 2017, I was asked to help with the Chapo Guzman

2    trial, and I was there for two years on that, at which time I

3    was selected to become an agent in Madrid, Spain where I've

4    been since 2019.

5    Q.   Okay.  I'm going to go back through --

6             THE COURT:  Wait one second.  You're a DEA agent in

7    Madrid, Spain?

8             THE WITNESS:  Yes, I am.

9             THE COURT:  Okay.

10   BY MR. BILKOVIC:

11   Q.   The assignment that you had at JFK, you said you were there

12   for eight and a half years.  What was your role at JFK for

13   eight and a half years?

14   A.   Investigate drug crimes and drugs coming into the airport.

15   Q.   And then when you were in the New York division following

16   that what did you do there?

17   A.   There we worked mostly local drug trafficking in New York

18   City.

19   Q.   And then you said that you worked on the Chapo Guzman case?

20   A.   No.  From there I went to the Bilateral Investigations

21   Unit, 959 group, which is more international cases, drug

22   traffickers outside the United States sending drugs into the

23   United States.

24   Q.   And was that also in New York?

25   A.   Yes.

1    Q.   And you said you started in Spain when?

2    A.   I started October of 2019.

3    Q.   And how did that come about?

4    A.   I applied for the position and was selected after the

5    application process.

6    Q.   Does the DEA have an office in Spain?

7    A.   Yes.

8    Q.   Where is the office located in Spain?

9    A.   Located in the U.S. embassy in Madrid.

10   Q.   And how many people are assigned to that office from the

11   DEA?

12   A.   We have six individuals in that office.  Three of them are

13   agents, one's a supervisory agent, we have an intel analyst and

14   we have a secretary.

15   Q.   Are there other federal agencies, law enforcement agencies,

16   that also work out of the U.S. embassy in Madrid?

17   A.   Yes.

18   Q.   And what agencies?

19   A.   Off the top of my head, FBI, Homeland Security, Secret

20   Service.  That's pretty much the ones I remember.

21   Q.   What are your duties?  What is it that you do with the DEA

22   in Spain?

23   A.   I'm a liaison.  So my job is to assist offices in the

24   United States and around the world with any investigation that

25   touches Spain.

1   Q.   And is that something that you do on a daily basis?

2   A.   Yes.

3   Q.   Is it common to have investigations that involve the United

4   States and Spain as well as other countries?

5   A.   Yes.

6   Q.   And are there law enforcement agencies in Spain that you

7   work with as part of your duties?

8   A.   Yes.

9   Q.   What are some of the law enforcement agencies that you work

10  with there?

11  A.   The three primary agencies we work with are the Spanish

12  National Police, the Spanish Guardia Seville, G-U-A-R-D-I, and

13  Spanish Customs.

14  Q.   And are these federal agencies, are they local agencies?

15  A.   Those are federal agencies.

16  Q.   Do they each have a certain role?

17  A.   Yeah.  Well, within Spain they do, but they all investigate

18  drug trafficking, for example.

19  Q.   I'm sorry?

20  A.   They all investigate drug trafficking.  They do have

21  certain roles within the country, but all three of them are

22  involved in drug trafficking.

23  Q.   Are you familiar with a port -- a shipping port in Spain,

24  the Port of Bilbao?

25  A.   Yes.

```
1    Q.  And where is that located?
2           MR. McDONALD:  Called the port of what?
3           MR. BILKOVIC:  I'm sorry.  Bilbao, B-I-L-B-A-O.
4    BY MR. BILKOVIC:
5    Q.  You are familiar with that?
6    A.  Yes.
7    Q.  And where is that located?
8    A.  It's located in the north of Spain on the north coast.  It
9    is in the -- what's called the Basque region of Spain.
10   Q.  And how far is that from where you are at?
11   A.  By car, it's about a five to six-hour drive.
12   Q.  Do you know whether or not there is Spanish law enforcement
13   present at the port?
14   A.  Yes.
15   Q.  And what agency would that be?
16   A.  There would be two, Guardia Seville and Spanish Customs.
17   Q.  I'm going to take your attention to April 25th of 2020.
18   Did you receive -- the year 2020.  Did you receive certain
19   information from a DEA task force officer in Detroit by the
20   name of Brandon Leach?
21   A.  Yes, I did.
22   Q.  Did you know TFO Leach prior to that?
23   A.  No, I didn't.
24   Q.  Can you generally describe the type of information that you
25   had received?
```

1    A.    TFO Leach was reaching out to me about a container that

2    they were looking at that they had intelligence on.   He

3    provided me the container number, said that they believed it

4    would have gone to the Port of Bilbao.   I contacted our

5    counterparts in Spain who confirmed to me that four days prior

6    that container had been found positive for cocaine.

7    Q.    You indicated that he had provided you information on a

8    shipping container?

9    A.    Yes.

10   Q.    Were you provided the shipping container number?

11   A.    Yes, I was.

12   Q.    And were you provided the containership that the shipping

13   container was supposed to be on?

14   A.    I can't remember whether I was provided that or I learned

15   it later.

16   Q.    Okay.

17   A.    But it was the MSC Jenny.

18   Q.    You definitely were provided the container number, though?

19   A.    Yes.   Yes, I was.

20   Q.    And what did you do with that information?

21   A.    I contacted our counterpart for the Spanish Customs and

22   asked them if they had any intelligence on that container

23   number.

24   Q.    Why would you contact that department?

25   A.    Because they're the ones that are usually in the ports and

1   have a lot of information on containers, the companies that

2   would ship items and stuff like that.

3   Q.   And you received information back from them?

4   A.   Yes.

5   Q.   And did you pass that information on to Task Force Officer

6   Leach?

7   A.   Yes, I did.

8   Q.   Do you recall the general nature of the information that

9   you passed on to him?

10  A.   I didn't have much information, just that it had been

11  positive, I believe it was for 1,100 kilos of cocaine.

12  Q.   Now, is it fair to say that you were not involved in that

13  seizure?

14  A.   No, I wasn't at all.

15  Q.   Do you know an individual by the name of Javier Herran

16  La Fuente?

17  A.   Yes.

18  Q.   And who is that?

19  A.   He's the supervisor, the boss of Bilbao Spanish Customs.

20  Q.   And do you know somebody by the name of Marta Flores

21  Fernandez?

22  A.   Yes, I do.

23  Q.   And who is she?

24  A.   She also works for Spanish Customs and is right below

25  Javier.

```
 1   Q.  And do you know if they were involved in that seizure in
 2   Bilbao?
 3   A.  Yes, they were.
 4   Q.  Are they both present here in the United States to testify
 5   in this case?
 6   A.  Yes, they are.
 7   Q.  Do they speak English or Spanish?
 8   A.  Spanish.
 9   Q.  So did you have anything else to do with the investigation?
10   Like did you investigate any aspects of that seizure?
11   A.  No, I did not.
12            MR. BILKOVIC:  Can I have one moment, your Honor?
13            THE COURT:  Sure.
14            MR. BILKOVIC:  Nothing further.
15            THE COURT:  Cross-examine.
16                        CROSS-EXAMINATION
17   BY DEFENDANT DIDANI:
18   Q.  Good afternoon, Agent Rego.
19   A.  Good afternoon.
20   Q.  How are you, sir?
21   A.  Very well.
22   Q.  You're located -- your office is located in Madrid?
23   A.  Yes, it is.
24   Q.  Spain?
25   A.  Yes.
```

 1              DEFENDANT DIDANI:  Mr. Fink --

 2              Your Honor, we want to -- just a Google map, please.

 3              THE COURT:  Yes.  You want to put the map up?

 4              DEFENDANT DIDANI:  Yes, your Honor.

 5              THE COURT:  And show us where Spain is?

 6              DEFENDANT DIDANI:  Yes, your Honor.

 7              THE COURT:  Okay.

 8              DEFENDANT DIDANI:  Madrid.

 9    BY DEFENDANT DIDANI:

10    Q.   Agent Rego --

11    A.   Yes.

12    Q.   -- is that Madrid right there?

13    A.   It's a lot of cities, but the one in the center of that

14    peninsula is Madrid.

15    Q.   Right there, huh, could we say?

16    A.   Yeah.

17    Q.   Right there?

18    A.   Yeah.

19    Q.   Is that continent -- where is that continent?

20    A.   That's Europe.

21    Q.   So Spain belong to Europe?

22    A.   Yes.

23    Q.   How far is it from Detroit?

24    A.   I don't know.  About 3,000 miles, I guess.

25    Q.   Agent Rego, you said you work hand to hand with Guardia

1   Seville?

2   A.   I work with all three agencies, yes.

3   Q.   Okay.  And, Agent Rego, to be clear, in April 25, 2020,

4   Detective Leach called you from Detroit?

5   A.   Yes.

6   Q.   By phone; right?

7   A.   Yes.

8   Q.   He contacted you with E-mail?

9   A.   I don't recall if there was an E-mail.

10  Q.   And let's be clear for the jury.  What did he share with

11  you in that April 25th?

12  A.   That they had intelligence that a container -- and he gave

13  me the container number -- might be loaded with cocaine and

14  that it would be -- it's in Bilbao, Spain.

15  Q.   And, to be fair, did he share information where the

16  container was -- originated from?

17  A.   No, he did not.

18  Q.   Not from United States, do you believe that?

19  A.   He didn't tell me where it came from at the time.

20  Q.   Ecuador maybe?

21  A.   I don't know.  He didn't tell me.

22  Q.   All right.  And, Agent Rego, you indicated to the

23  Government that you contacted LaGuardia Seville the same day?

24  A.   No, I never said that.  I said that I contacted Spanish

25  Customs that same day.

1  Q.  Okay.  The Customs; right?

2  A.  Yes.

3  Q.  Of Port of Bilbao?

4  A.  No.  I contacted my point of contact in Madrid.

5  Q.  Oh, in Madrid?

6  A.  Yes.

7  Q.  And that was the same day, April 25th?

8  A.  Yes.

9  Q.  And can you please, so we can understand here, what was the

10  conversation between you and the Customs of Madrid?

11  A.  I told him that we had some information that a container --

12  and I gave him the container number -- might possibly be loaded

13  with cocaine and if they could check to see if they had any

14  records of that container.

15  Q.  And what was the answer you received?

16  A.  The answer was that they were going to look into it.  And

17  they contacted me later that day and said that four days

18  earlier they had intercepted that container and it was positive

19  for cocaine.

20  Q.  And they interpreted it in Port of Bilbao --

21  A.  Yes.

22  Q.  -- you indicated?

23      DEFENDANT DIDANI:  Mr. Fink, can you please -- the

24  Port of Bilbao, Spain.

25      Your Honor --

```
 1              THE COURT:  Is this on the map?

 2              DEFENDANT DIDANI:  Yes, your Honor.

 3              THE COURT:  Okay.

 4    BY DEFENDANT DIDANI:

 5    Q.   So that's Port of Bilbao, see?

 6    A.   Yeah.

 7    Q.   And that's Spain; right?

 8    A.   Yes.

 9    Q.   And Port of Bilbao is somewhere; yes?

10    A.   It's on the north coast, yes.

11    Q.   North coast, all right.  And they indicated that four days

12    earlier it was seized -- a container was seized with cocaine;

13    right?

14    A.   Yes.

15    Q.   And you have no idea where that cocaine came from; right?

16    A.   No.

17    Q.   And to be fair, Agent Rego, United States has nothing to do

18    with that seizure; right?

19    A.   Other than an agent from the United States calling me on

20    it, I don't know what part of the investigation has to do with

21    United States or not.

22    Q.   Agent Rego, did you follow up with this investigation with

23    Spain, or no?

24    A.   No, I didn't -- I passed the information to TFO Leach.  And

25    usually the Spanish would conduct their own investigation.
```

```
 1   Q.   Other than that phone call with Agent Leach, did you have
 2   any other phone calls with Detective Leach?
 3   A.   No, I don't recall I did.
 4   Q.   He never contacted you before?
 5   A.   No.
 6   Q.   After?
 7   A.   No.
 8   Q.   Did the Government -- when the Government contacted you?
 9   A.   Excuse me?
10   Q.   When did the Government contacted you?
11   A.   Back then or now?
12   Q.   Now.
13   A.   A few months back.
14   Q.   And they asked you to come testify here in Detroit?
15   A.   They asked me to -- if I could find out who had actually
16   done the seizure in Bilbao.
17   Q.   So basically two months -- early two months the Government
18   didn't even know who did the seizure in 2020; right?
19   A.   It was more than two months ago.
20   Q.   Three months?
21   A.   I don't remember exactly when, but they knew the agency.
22   They didn't know the individual.
23   Q.   So basically to be fair, Agent Rego, the Eastern District
24   of Michigan had no idea about that load, right, other than
25   photos or videos; right?
```

 1   A.   No.  I believe they had gotten information from the Spanish

 2   on it.

 3   Q.   From what now?

 4   A.   I believe they had requested information from the Spanish

 5   and received information from the Spanish.

 6   Q.   Through MLAT?

 7   A.   Yes.

 8   Q.   To be clear, that seizure was not as a result of United

 9   States, Eastern District of Michigan?

10          MR. BILKOVIC:  Objection, asked and answered, your

11   Honor.

12          THE COURT:  It is asked and answered, maybe not quite

13   that way, but close.

14          You may answer that.

15          THE WITNESS:  I wasn't involved with the

16   investigation.  So I do not know whether U.S. -- whether United

17   States was involved or not involved in this investigation.

18          THE COURT:  Okay.  Go to a new question.

19          DEFENDANT DIDANI:  No further questions, Agent Rego.

20   Thank you very much, sir.

21          THE COURT:  Redirect?

22          MR. BILKOVIC:  Just briefly.

23                      REDIRECT EXAMINATION

24   BY MR. BILKOVIC:

25   Q.   Some of the information that was provided by Spain, does

```
 1    Spain, when they do their reports of their narratives, do they
 2    always list the names of the law enforcement people that are
 3    involved?
 4    A.   They do not.
 5    Q.   Do they basically conceal them using PIN numbers?
 6    A.   Yes, they do.
 7    Q.   And so when you were asked to find out who the people were
 8    when the government official asked you to do that, were they
 9    trying to find out to find out the specific names of the people
10    that were involved in the seizure so we didn't bring 20 people
11    here to see who was involved in the actual going into the
12    container?
13              DEFENDANT DIDANI:  Objection.  He's leading the
14     witness, your Honor.
15              THE COURT:  He is, but I'm going to allow it at this
16     point.
17              THE WITNESS:  Yes.
18    BY MR. BILKOVIC:
19    Q.   And do you know who it was that sought that information
20    from you?  I mean, the question is the government.  I'm just
21    trying to find out if you have a name.
22    A.   Can you repeat the question?
23    Q.   Who was it that reached out to you to try and get the
24    actual names of the people that were involved in pulling the
25    actual cocaine from the containers?
```

1    A.   Special Agent Chad Hermans.

2         MR. BILKOVIC:  Thank you.  Nothing further.

3         THE COURT:  Special agent who?

4         THE WITNESS:  Chad Hermans.

5         THE COURT:  Any other questions?

6         MR. BILKOVIC:  Nothing from the Government, your

7    Honor.

8         THE COURT:  Mr. Didani, you have additional questions?

9                    RECROSS EXAMINATION

10   BY DEFENDANT DIDANI:

11   Q.   You indicated that Agent Hermans called you?

12   A.   Reached out to me to find out who had -- who were the

13   individuals that actually had done the seizure.

14   Q.   And when was that?

15   A.   Six months ago maybe.  I don't remember the date.

16   Q.   So basically it was about four years after the seizure of

17   the load?

18   A.   Yeah.

19         DEFENDANT DIDANI:  Thank you very much, sir.

20         THE COURT:  Can this witness step down?

21         MR. BILKOVIC:  Nothing further.  Yes.

22         THE COURT:  Is he free to go?

23         DEFENDANT DIDANI:  Yes, your Honor.

24         MR. BILKOVIC:  Yes, Judge.

25         THE COURT:  All right.  Thank you for coming.

1           THE WITNESS:  Thank you.

2           THE COURT:  You may step down and you're free to go.

3           (End of excerpt at 1:57 p.m.)

4                          —   —   —

5

6

7

8

9              CERTIFICATE OF COURT REPORTER

10

11          I, Sheila D. Rice, Official Court Reporter of the

12    United States District Court, Eastern District of Michigan,

13    appointed pursuant to the provisions of Title 28, United States

14    Code, Section 753, do hereby certify that the foregoing pages

15    is a correct transcript from the record of proceedings in the

16    above-entitled matter.

17

18

19                          **s/Sheila D. Rice**
                            Sheila D. Rice, CSR-4163, RPR, RMR, FCRR
20                          Federal Official Court Reporter
                            United States District Court
21                          Eastern District of Michigan

22
      Date:  04/11/2025
23    Detroit, Michigan.

24

25