UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Ylli Didani,

        Defendant.

_____/

Criminal No. 21-cr-20264

Honorable Denise Page Hood

## VERDICT FORM

We, the jury, unanimously find the following:

### COUNT ONE

**Question 1:** With respect to the charge in Count One of the Superseding Indictment, which charges the defendant with conspiracy to possess with intent to distribute and to distribute a controlled substance (Cocaine), we the jury find:

_____ Not Guilty      ___X___ Guilty

If you answered guilty in response to Question 1, proceed to Question 2.

**Question 2:** With respect to Count One, the amount of the mixture or substance containing a detectable amount of cocaine that was attributable to defendant as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him (indicate answer by checking one line below):

_____ less than 500 grams

_____ at least 500 grams

\_\_\_\_X\_\_\_\_ at least 5,000 grams (5 kilograms)

## COUNT TWO

**Question 1**: With respect to the charge in Count Two of the Superseding Indictment for conspiracy to possess with intent to distribute and distribute a controlled substance (Cocaine) on board a vessel subject to the jurisdiction of the United States, we the jury find:

_____ Not Guilty         \_\_\_\_X\_\_\_\_ Guilty

If you answered guilty in response to Question 1, proceed to Question 2.

**Question 2**: With respect to Count Two, the amount of the mixture or substance containing a detectable amount of cocaine that was attributable to defendant as the result of his own conduct and the conduct of other co-conspirators reasonably foreseeable to him (indicate answer by checking one line below):

_____ less than 500 grams

_____ at least 500 grams

\_\_\_\_X\_\_\_\_ at least 5,000 grams (5 kilograms)

2

## COUNT THREE

**Question 1**: With respect to the charge in Count Three of the Superseding Indictment for conspiracy to launder monetary instruments, we the jury find:

_____ Not Guilty       ___✓___ Guilty

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal

Date: 5/16/2025       Foreperson

3