**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 21-CR-20264

    Hon. Denise Page Hood

YLLI DIDANI,

    Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL

Attorney Wade G. Fink of WADE FINK LAW P.C. hereby moves this Honorable Court for an order permitting his withdrawal. The government has indicated it does not oppose the motion. Attorney Robert Feitel from Washington, D.C. has indicated he will be representing Mr. Didani, but has not yet presented a substitution and upon information and belief, his admission is pending. Regardless, the relationship between Didani and counsel is so far broken it cannot be repaired.

In support of this motion, undersigned counsel relies upon the law, facts, and arguments set forth fully in the attached brief.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant this motion.

|  |  |
|---|---|
| Date: August 14, 2025 | Respectfully Submitted,<br><br>WADE FINK LAW P.C.<br><br><u>/s/ Wade G. Fink</u><br>Wade G. Fink (P78751)<br>*Attorneys for Defendant*<br>550 W. Merrill St., Suite 100<br>Birmingham, MI 48009<br>248-712-1054<br>wade@wadefinklaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YLLI DIDANI,

    Defendant.

Case No. 21-CR-20264

Hon. Denise Page Hood

---

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW

### I. RELEVANT FACTUAL BACKGROUND

Didani was convicted by jury of conspiracy to distribute controlled substance (21 U.S.C. § 841, 846), conspiracy to distribute controlled substances on board a vessel subject to the jurisdiction of the United States (46 U.S.C. § 70503(a)), and conspiracy to launder money (18 U.S.C. §1956(h)). *See* ECF No. 38. He represented himself for a number of months before trial, for the first few weeks of trial, and then asked undersigned counsel, who was stand-by at the time, to take over. The Court is well aware of the procedural history of this case and counsel's involvement as local counsel, then lead appointed counsel, then stand-by counsel.

During and after Didani's pre-sentence investigation interview, it became clear that there can be no relationship between Didani and counsel. Anger and distrust is creating an untenable situation in the attorney-client relationship. There

has been a complete breakdown in the attorney-client such that undersigned counsel cannot serve as counsel. It is unclear if Didani will request to represent himself, if Robert Feitel will have been admitted by that time and enter the case, or if appointed counsel will be necessary.

The preliminary PSI-R has been released and Didani needs counsel with time to discuss and review it with him. Undersigned counsel is not comfortable doing that given the breakdown. The reason for the delay in filing a motion to withdraw was the expectation that Robert Feitel would send a substitution of counsel. But since that has yet to happen, this motion became necessary.

## II.  ARGUMENT

An attorney may withdraw by written motion served upon a defendant. The Court should only deny the motion if the withdrawal of the attorney would unduly delay the case, be unfairly prejudicial, or is otherwise not in the interest of justice. L.R. 57.1. A break-down in communication is one example of good cause warranting the withdrawal of counsel. *Wilson v Mintzes,* 761 F.2d 275 (6th Cir. 1985).

The attorney-client relationship has had its ups and downs. And throughout the relationship, the same was salvageable. It is no longer salvageable. Undersigned counsel is not comfortable with this representation, and it seems apparent that Defendant feels the same way. Withdrawal will not result in undue delay, since the sentencing requires a mandatory minimum. It is beneficial, not prejudicial, to all

parties, that Defendant have counsel he trusts. And it is in the interest of justice to allow counsel and Defendant to go their separate ways.

### III. CONCLUSION

Undersigned counsel asks this Court to permit his withdrawal.

Date: August 14, 2025

Respectfully Submitted,

WADE FINK LAW P.C.

/s/ Wade G. Fink
Wade G. Fink (P78751)
*Attorneys for Defendant*
550 W. Merrill St., Suite 100
Birmingham, MI 48009
248-712-1054
wade@wadefinklaw.com

### PROOF OF SERVICE

I hereby certify that on August 14, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record. In addition, I mailed a copy of this motion to Defendant Ylli Didani at the FCI Milan Detention Center on the same date.

/s/ Wade G. Fink
Wade G. Fink (P78751)
550 W. Merrill St., Suite 100
Birmingham, MI 48009
248-712-1054
wade@wadefinklaw.com