UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 20264 |
| v. | : | Hon. Denise Page Hood |
| YLLI DIDANI | : | |
| Defendant. | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein, shall take notice that the undersigned is entering an appearance as retained counsel in this matter.

    Robert Feitel, Esquire
    Law Office of Robert Feitel
    1300 Pennsylvania Avenue, N.W.
    #190-515
    Washington, D.C.  20004
    D.C. Bar No. 366673
    202-255-6637 (cellular)
    RF@RFeitelLaw.com

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to the prosecutors assigned ot this case, Mark Bilkovic and Timothy McDonald, this 19th day of August 2025.

*Robert Feitel*

_____

Robert Feitel