UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

                                              Case No. 21-cr-20264

v.                                    HON. DENISE PAGE HOOD
                                              United States District Judge

D-1 YLLI DIDANI,

            Defendant.

**GOVERNMENT'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S SUPPLEMENTAL MOTION TO DISMISS COUNT TWO OF THE SUPERSEDING INDICTMENT (ECF No. 214)**

On September 23, 2025, Defendant Ylli Didani filed a supplemental motion to Dismiss Count Two of the Superseding Indictment. (ECF No. 214). Despite raising a substantially similar argument pre-trial, Didani again seeks dismissal of Count Two post-trial because he claims the Court lacked subject matter jurisdiction. (*Id*). On September 30, 2025, the Court issued a notice of determination without oral argument and required the Government to file its response no later than October 20, 2025. (ECF No. 215). On October 17, 2025, the Court granted the parties stipulation allowing the Government an additional 7 days

1

to respond. (ECF No. 217). The Government's response is currently due October 27, 2025. (*Id.*).

Didani's motion raises unique and complex variations of similar jurisdictional arguments he has previously raised. To properly respond, the Government needs additional time to comb through MDLEA case law, trial and hearing transcripts, prior filed pleadings, and discovery productions.

Given the above, the Government respectfully requests that this Court extend the deadline to respond to Didani's Supplemental Motion to Dismiss Count Two of the Superseding Indictment from October 27, 2025 to November 10, 2025. The United States sought concurrence to extend the Government's response deadline on Thursday, October 23, 2025, Friday, October 24, 2025 and again on Monday, October 27, 2025. Counsel for Defendant Didani has not responded to email and telephonic inquiries. Despite these reasonable and timely efforts, the Government was unable to obtain concurrence. See EDMI Local Rule 7.1(a)(2)(B).

        Sincerely,

        JEROME F. GORGON JR.
        UNITED STATES ATTORNEY

        *s/ Timothy P. McDonald*
        Timothy P. McDonald  P64562
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        timothy.mcdonald2@usdoj.gov

Dated: October 27, 2025        (313) 226-0221