UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States

Plaintiff(s),

v.

Ylli Didani

Defendant(s).

_____/

Case No. 21 Cr. 20264

Denise Page Hood

## NOTICE OF APPEAL

Notice is hereby given that __Ylli Didani_____ appeals to

the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _imposition of sentence of 300 months_____

entered in this action on _March 31, 2026_____.

Date: April 14, 2026

Counsel is: RETAINED

Robert Feitel

Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20004
202-255-6637
RF@RFeitelLaw.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.