UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff(s),

v.                                                        Case No. 2:21–cr–20264–DPH–KGA
                                                          Hon. Denise Page Hood

Ylli Didani,

                    Defendant(s).

_____

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                    United States Court of Appeals for the Sixth Circuit
                    Potter Stewart U.S. Courthouse
                    100 East Fifth Street, Fifth Floor
                    Cincinnati, OH   45202–3988

the defendant(s), and all attorneys of record, by electronic means or first class U.S. mail, on April 15, 2026.

                                        KINIKIA D. ESSIX, CLERK OF COURT


                                        By: s/ L Hamka_____
                                              Deputy Clerk


Dated:   April 15, 2026